**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert** | **David** | **Lain** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **22-40935-mxm7**
(if known)

☐ Check if this is an
amended filing

Official Form 106A/B

## Schedule A/B: Property                                                                                      12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.    **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1.

**4405 Thorp Lane**
Street address, if available, or other description

_____

**Keller                 TX      76244**
City                          State     ZIP Code

**Tarrant**
County

**4405 Thorp Lane, Keller, TX 76244**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

$477,000.00

**Current value of the portion you own?**

$477,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Homestead**

☑ Check if this is community property
(see instructions)

2.    Add the dollar value of the portion you own for all of your entries from Part 1, including any
entries for pages you have attached for Part 1. Write that number here.......................................................➔

$477,000.00

Debtor 1    __Robert David Lain__         Case number (if known)   __22-40935-mxm7__

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.    **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

     ☐ No
     ☑ Yes

| 3.1. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Infiniti** | Check one. | | |
| Model: | **QX80** | ☐ Debtor 1 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | **2019** | ☐ Debtor 2 only | | |
| Approximate mileage: | **44,000** | ☐ Debtor 1 and Debtor 2 only | | |
| | | ☑ At least one of the debtors and another | **$45,000.00** | **$45,000.00** |
| Other information: | | | | |
| **2019 Infiniti QX80 (approx. 44,000 miles)** | | ☐ Check if this is community property (see instructions) | | |

| 3.2. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Chevrolet** | Check one. | | |
| Model: | **Pickup 3100** | ☐ Debtor 1 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | **1954** | ☐ Debtor 2 only | | |
| Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | | |
| | | ☑ At least one of the debtors and another | **$6,000.00** | **$6,000.00** |
| Other information: | | | | |
| **1954 Chevrolet Pickup 3100 - shell only no motor** | | ☐ Check if this is community property (see instructions) | | |

| 3.3. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Ford** | Check one. | | |
| Model: | **F250** | ☐ Debtor 1 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | **2019** | ☐ Debtor 2 only | | |
| Approximate mileage: | **72,000** | ☐ Debtor 1 and Debtor 2 only | | |
| | | ☑ At least one of the debtors and another | **$46,000.00** | **$46,000.00** |
| Other information: | | | | |
| **2019 Ford F250 Super Duty Dual Axle Diesel** | | ☐ Check if this is community property (see instructions) | | |

4.    **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
     *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

     ☑ No
     ☐ Yes

5.    **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**..................................................... ➔ | **$97,000.00** |

## Part 3:    Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

                                                                       **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6.    **Household goods and furnishings**
     *Examples:* Major appliances, furniture, linens, china, kitchenware

     ☐ No
     ☑ Yes. Describe..... | **See continuation page(s).** |      **$14,200.00**

Debtor 1    **Robert David Lain**                                          Case number (if known)  **22-40935-mxm7**

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No
    ☑ Yes.  Describe.....    | **See continuation page(s).** |     $5,500.00

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☑ No
    ☐ Yes.  Describe.....

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☐ No
    ☑ Yes.  Describe.....    | **See continuation page(s).** |     $3,500.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes.  Describe.....    | **Clothing, Shoes and Accessories** |     $2,000.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes.  Describe.....    | **Wedding Rings** |     $1,000.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ☑ Yes.  Describe.....    | **Dogs/Dog Supplies** |     $3,000.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☐ No
    ☑ Yes.  Give specific
       information.............    | **misc clothing and household goods in storage** |     $500.00

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3.  Write the number here**.........................................................................➔   | $29,700.00 |

---

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?                    **Current value of the portion you own?**
                                                                                               Do not deduct secured
                                                                                               claims or exemptions.

Debtor 1    **Robert David Lain**                                          Case number (if known) __22-40935-mxm7__

**16. Cash**
Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes.................................................................................................................... Cash: ........................... _____

**17. Deposits of money**
Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes...........................    Institution name:

    17.1.  Checking account:     **Wells Fargo Checking account #**                                              **$1,264.61**

**18. Bonds, mutual funds, or publicly traded stocks**
Examples: Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes...........................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes.  Give specific information about them..........................    Name of entity:                                    % of ownership:

                                **Texas Speed Dynamics LLC - company is insolvent**          **100%**                **$0.00**

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific information about them..........................    Issuer name:

**21. Retirement or pension accounts**
Examples: Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings, or other pension or profit-sharing plans

☐ No
☑ Yes.  List each account separately.    Type of account:    Institution name:

                                401(k) or similar plan:  **401(k) Allerus**                                           **$40,180.00**

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
Examples: Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes...........................    Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes...........................    Issuer name and description:

Debtor 1   **Robert David Lain**                                          Case number (if known)   **22-40935-mxm7**

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

   ☑ No
   ☐ Yes............................   Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

   ☑ No
   ☐ Yes.  Give specific
   information about them

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

   ☑ No
   ☐ Yes.  Give specific
   information about them

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

   ☑ No
   ☐ Yes.  Give specific
   information about them

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

   ☑ No
   ☐ Yes.  Give specific information
   about them, including whether
   you already filed the returns
   and the tax years......................

   Federal: _____
   State: _____
   Local: _____

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

   ☑ No
   ☐ Yes.  Give specific information

   Alimony: _____
   Maintenance: _____
   Support: _____
   Divorce settlement: _____
   Property settlement: _____

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

   ☑ No
   ☐ Yes.  Give specific information

Debtor 1     **Robert David Lain**            Case number (if known)   **22-40935-mxm7**

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No
    ☐ Yes. Name the insurance
    company of each policy
    and list its value...............    Company name:       Beneficiary:       Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
    entitled to receive property because someone has died

    ☑ No
    ☐ Yes. Give specific information

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☐ No
    ☑ Yes. Describe each claim........ | Claim against Robert Chad Higgs, former owner of Texas Speed Dynamics, LLC, for fraud - Higgs misrepresented the amounts that customers had been paid as deposits for work, misrepresented the amounts that had been paid for parts, misrepresented the parts that had been ordererd and made other statements that he knew were false at the time that the statements were made. Debtor relied on the false statements. Debtor made substantial investment in the company from his personal assets due to his reasonable reliance on the false statements and incurred new debt on behalf of the corporation. Loss to debtor is approximately $450,000. In addition, debtor incurred new debts in reliance on the statements of approximately $350,000. | **$800,000.00**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes. Describe each claim........

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have
    attached for Part 4. Write that number here................................................................................... ➔    **$841,444.61**

**Part 5:**    **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured
    claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No
    ☐ Yes. Describe..

Debtor 1  **Robert David Lain** _____  Case number (if known) **22-40935-mxm7** _____

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

   ☑ No
   ☐ Yes. Describe.. [_____]  _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

   ☑ No
   ☐ Yes. Describe.. [_____]  _____

41. **Inventory**

   ☑ No
   ☐ Yes. Describe.. [_____]  _____

42. **Interests in partnerships or joint ventures**

   ☑ No
   ☐ Yes. Describe..... Name of entity:                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**

   ☑ No
   ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

      ☐ No
      ☐ Yes. Describe.... [_____]  _____

44. **Any business-related property you did not already list**

   ☑ No
   ☐ Yes. Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**........................................................................................➔  [ $0.00 ]

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

   ☑ No. Go to Part 7.
   ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
   *Examples:* Livestock, poultry, farm-raised fish

   ☑ No
   ☐ Yes.... [_____]  _____

48. **Crops--either growing or harvested**

   ☑ No
   ☐ Yes. Give specific information................ [_____]  _____

Debtor 1 __Robert David Lain__      Case number (if known) __22-40935-mxm7__

**49.** **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....

**50.** **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....

**51.** **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information................

**52.** **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here.................................................................** ➔ | $0.00 |

---

**Part 7:** **Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53.** **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.

**54.** **Add the dollar value of all of your entries from Part 7. Write that number here.............................** ➔ | $0.00 |

---

**Part 8:** **List the Totals of Each Part of this Form**

**55.** Part 1: Total real estate, line 2............................................................................................. ➔    $477,000.00

**56.** Part 2: Total vehicles, line 5    $97,000.00

**57.** Part 3: Total personal and household items, line 15    $29,700.00

**58.** Part 4: Total financial assets, line 36    $841,444.61

**59.** Part 5: Total business-related property, line 45    $0.00

**60.** Part 6: Total farm- and fishing-related property, line 52    $0.00

**61.** Part 7: Total other property not listed, line 54 +    $0.00

**62.** **Total personal property.** Add lines 56 through 61.................. | $968,144.61 |   Copy personal property total ➔ +   $968,144.61

**63.** **Total of all property on Schedule A/B.** Add line 55 + line 62............................................................... | $1,445,144.61 |

Debtor 1   **Robert David Lain**      Case number (if known)   **22-40935-mxm7**

6.   **Household goods and furnishings (details):**

| | |
|---|---|
| **Living Room Furnishings** | **$3,000.00** |
| **Dining Room Furnishings** | **$1,000.00** |
| **Kitchen Items** | **$1,000.00** |
| **Master Bedroom Furnishings** | **$2,000.00** |
| **Bedroom #2 Furnsihings** | **$1,000.00** |
| **Bedroom #3 Furnishigs** | **$1,000.00** |
| **Bedroom #4 Furnishings** | **$1,000.00** |
| **Home Office Furnishings** | **$2,000.00** |
| **Household Tools** | **$500.00** |
| **Refrigerator** | **$1,200.00** |
| **workout equipment in storage** | **$500.00** |

7.   **Electronics (details):**

| | |
|---|---|
| **Washer/Dryer** | **$1,500.00** |
| **Televisions** | **$3,000.00** |
| **Computer Equipment** | **$1,000.00** |

9.   **Equipment for sports and hobbies (details):**

| | |
|---|---|
| **Hunting Supplies** | **$2,500.00** |
| **Golf Equipment** | **$1,000.00** |

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert** | **David** | **Lain** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **22-40935-mxm7**
(if known)

☐ Check if this is an
amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt

**04/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of    *Part 2: Additional Page*   as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

---

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?**      *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**4405 Thorp Lane, Keller, TX 76244**<br><br>Line from *Schedule A/B*: ___1.1___ | **$477,000.00** | ☑ **$156,241.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description:<br>**2019 Infiniti QX80 (approx. 44,000 miles)**<br><br>Line from *Schedule A/B*: ___3.1___ | **$45,000.00** | ☑ **$1,798.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

---

Debtor 1    <u>**Robert David Lain**</u>          Case number (if known)   <u>**22-40935-mxm7**</u>

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**2019 Ford F250 (approx. 72,000 miles)**<br>**2019 Ford F250 Super Duty Dual Axle**<br>**Diesel**<br>Line from *Schedule A/B:* ___**3.3**___ | **$46,000.00** | ☑ **$147.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a),**<br>**42.002(a)(9)** |
| Brief description:<br>**Living Room Furnishings**<br>Line from *Schedule A/B:* ___**6**___ | **$3,000.00** | ☑ **$3,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a),**<br>**42.002(a)(1)** |
| Brief description:<br>**Dining Room Furnishings**<br>Line from *Schedule A/B:* ___**6**___ | **$1,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a),**<br>**42.002(a)(1)** |
| Brief description:<br>**Kitchen Items**<br>Line from *Schedule A/B:* ___**6**___ | **$1,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a),**<br>**42.002(a)(1)** |
| Brief description:<br>**Master Bedroom Furnishings**<br>Line from *Schedule A/B:* ___**6**___ | **$2,000.00** | ☑ **$2,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a),**<br>**42.002(a)(1)** |
| Brief description:<br>**Bedroom #2 Furnsihings**<br>Line from *Schedule A/B:* ___**6**___ | **$1,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a),**<br>**42.002(a)(1)** |
| Brief description:<br>**Bedroom #3 Furnishigs**<br>Line from *Schedule A/B:* ___**6**___ | **$1,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a),**<br>**42.002(a)(1)** |
| Brief description:<br>**Bedroom #4 Furnishings**<br>Line from *Schedule A/B:* ___**6**___ | **$1,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a),**<br>**42.002(a)(1)** |
| Brief description:<br>**Home Office Furnishings**<br>Line from *Schedule A/B:* ___**6**___ | **$2,000.00** | ☑ **$2,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a),**<br>**42.002(a)(1)** |

| | |
|---|---|
| Debtor 1 **Robert David Lain** | Case number (if known) **22-40935-mxm7** |

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Household Tools** <br><br> Line from *Schedule A/B*: **6** | **$500.00** | ☑ **$500.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Refrigerator** <br><br> Line from *Schedule A/B*: **6** | **$1,200.00** | ☑ **$1,200.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **workout equipment in storage** <br><br> Line from *Schedule A/B*: **6** | **$500.00** | ☑ **$500.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Washer/Dryer** <br><br> Line from *Schedule A/B*: **7** | **$1,500.00** | ☑ **$1,500.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Televisions** <br><br> Line from *Schedule A/B*: **7** | **$3,000.00** | ☑ **$3,000.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Computer Equipment** <br><br> Line from *Schedule A/B*: **7** | **$1,000.00** | ☑ **$1,000.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Hunting Supplies** <br><br> Line from *Schedule A/B*: **9** | **$2,500.00** | ☑ **$2,500.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **Golf Equipment** <br><br> Line from *Schedule A/B*: **9** | **$1,000.00** | ☑ **$1,000.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **Clothing, Shoes and Accessories** <br><br> Line from *Schedule A/B*: **11** | **$2,000.00** | ☑ **$2,000.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |

Debtor 1  **Robert David Lain** _____  Case number (if known) **22-40935-mxm7**

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Wedding Rings**<br><br>Line from *Schedule A/B*: __12__ | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description:<br>**Dogs/Dog Supplies**<br><br>Line from *Schedule A/B*: __13__ | $3,000.00 | ☑ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(11)** |
| Brief description:<br>**misc clothing and household goods in storage**<br>Line from *Schedule A/B*: __14__ | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.001(b)(2)** |
| Brief description:<br>**401(k) Allerus**<br><br>Line from *Schedule A/B*: __21__ | $40,180.00 | ☑ $40,180.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Robert David Lain**

CASE NO **22-40935-mxm7**

CHAPTER **7**

## <u>SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)</u>

**Exemption Totals by Category:**

Scheme Selected: **State**

(Values and liens of surrendered property are NOT included in this section)

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 1. | Real property | $477,000.00 | $320,759.00 | $156,241.00 | $156,241.00 | $0.00 |
| 3. | Motor vehicles (cars, etc.) | $97,000.00 | $99,687.00 | $1,945.00 | $1,945.00 | $0.00 |
| 4. | Water/Aircraft, Motor Homes, Rec. veh. and access. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $14,200.00 | $0.00 | $14,200.00 | $14,200.00 | $0.00 |
| 7. | Electronics | $5,500.00 | $0.00 | $5,500.00 | $5,500.00 | $0.00 |
| 8. | Collectibles of value | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $3,500.00 | $0.00 | $3,500.00 | $3,500.00 | $0.00 |
| 10. | Firearms | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Clothes | $2,000.00 | $0.00 | $2,000.00 | $2,000.00 | $0.00 |
| 12. | Jewelry | $1,000.00 | $0.00 | $1,000.00 | $1,000.00 | $0.00 |
| 13. | Non-farm animals | $3,000.00 | $0.00 | $3,000.00 | $3,000.00 | $0.00 |
| 14. | Unlisted pers. and household items- incl. health aids | $500.00 | $0.00 | $500.00 | $500.00 | $0.00 |
| 16. | Cash | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Deposits of money | $1,264.61 | $0.00 | $1,264.61 | $0.00 | $1,264.61 |
| 18. | Bonds, mutual funds or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Non-pub. traded stock and int. in businesses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Govt. and corp. bonds and other instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $40,180.00 | $0.00 | $40,180.00 | $40,180.00 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interests in an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equit. or future int. (not in line 1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Patents, copyrights, and other intellectual prop. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, franchises, other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds owed to you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Robert David Lain**

CASE NO    **22-40935-mxm7**

CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|----------------------|--------------------|--------------|--------------------|-----------------------|
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts someone owes you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Interests in insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Any int. in prop. due you from someone who has died | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims vs. third parties, even if no demand | $800,000.00 | $0.00 | $800,000.00 | $0.00 | $800,000.00 |
| 34. | Other contin. and unliq. claims of every nature | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Any financial assets you did not already list | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts rec. or commissions you already earned | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Mach., fixt., equip., bus. suppl., tools of trade | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer and mailing lists, or other compilations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Any business-related property not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops--either growing or harvested | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Farm/fishing equip., impl., mach., fixt., tools | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Farm and fishing supplies, chemicals, and feed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Farm/commercial fishing-related prop. not listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Any other property of any kind not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$1,445,144.61** | **$420,446.00** | **$1,029,330.61** | **$228,066.00** | **$801,264.61** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Robert David Lain**                          CASE NO    **22-40935-mxm7**

                                                       CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

### Surrendered Property:

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

### Non-Exempt Property by Item:

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| Wells Fargo Checking account # | $1,264.61 | | $1,264.61 | $1,264.61 |
| Claim against Robert Chad Higgs, former owner of Texas Speed | $800,000.00 | | $800,000.00 | $800,000.00 |
| **TOTALS:** | $801,264.61 | $0.00 | $801,264.61 | $801,264.61 |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$1,445,144.61** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$1,445,144.61** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$420,446.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$420,446.00** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$1,029,330.61** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.  Total Equity  (C-F) | **$1,029,330.61** |
| J.  Total Exemptions Claimed | **$228,066.00** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$801,264.61** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert** | **David** | **Lain** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) **22-40935-mxm7**

☐ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|

| 2.1 | | | | |
|---|---|---|---|---|
| **Fort Worth Community Credit Union** | Describe the property that secures the claim: | $43,202.00 | $45,000.00 | |
| Creditor's name | | | | |
| **Attn: Bankruptcy** | **2019 Infiniti QX80** | | | |
| Number Street | | | | |
| **PO Box 210848** | | | | |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Bedford** | **TX** | **76095** |
|---|---|---|
| City | State | ZIP Code |

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
  **Automobile**

Date debt was incurred **11/2019** Last 4 digits of account number **0 1 2 5**

Add the dollar value of your entries in Column A on this page. Write that number here:

$43,202.00

Debtor 1 **Robert David Lain**                                             Case number (if known) **22-40935-mxm7**

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

| 2.2 | | | | |
|---|---|---|---|---|

**Freedom Mortgage Corporation**
Creditor's name
**Attn: Bankruptcy**
Number      Street
**907 Pleasant Valley Ave, Ste 3**

Describe the property that secures the claim:
**4405 Thorp Lane, Keller, TX 76244**            $320,759.00            $477,000.00

**Mt Laurel            NJ      08054**
City                State  ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **FHA Real Estate Mortgage**

Date debt was incurred **06/2020**      Last 4 digits of account number      **9  4  7  7**

| 2.3 | | | | |
|---|---|---|---|---|

**Greenwood Credit Union**
Creditor's name
**Attn: Bankruptcy**
Number      Street
**2669 Post Rd**

Describe the property that secures the claim:
**1954 Chevrolet Pickup 3100 - shell only no motor**            $10,632.00            $6,000.00            $4,632.00

**Warwick            RI      02886**
City                State  ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Automobile**

Date debt was incurred **06/2020**      Last 4 digits of account number      **8  8  6  2**

Add the dollar value of your entries in Column A on this page. Write that number here:            **$331,391.00**

Debtor 1 __Robert David Lain_____    Case number (if known) __22-40935-mxm7__

| Part 1: | Additional Page<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.4**

**Secret Properties**
Creditor's name
**PO Box 213**
Number     Street

| Describe the property that secures the claim: | $57,600.00 | $0.00 | $57,600.00 |
|---|---|---|---|

**6580 Dick Price Rd, MansfieldTX 76063**

__Kennedale_____ __TX__ __76060__
City            State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Commercial lease**

Last 4 digits of account number ___ ___ ___ ___

**Monthly lease payment $6400 for 2 buildings**

**2.5**

**Texas Trust Credit Union**
Creditor's name
**Attn: Bankruptcy**
Number     Street
**PO Box 2260**

| Describe the property that secures the claim: | $45,853.00 | $46,000.00 | |
|---|---|---|---|

**2019 Ford F250 Super Duty Dual Axle Diesel**

__Mansfield_____ __TX__ __76063__
City            State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred   __05/2020__

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Automobile**

Last 4 digits of account number   __0__ __0__ __0__ __1__

Add the dollar value of your entries in Column A on this page. Write that number here:

| **$103,453.00** |
|---|

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

| **$478,046.00** |
|---|

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert** | **David** | **Lain** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **22-40935-mxm7**
(if known)

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

| | |
|---|---|
| _____ | Last 4 digits of account number ___ ___ ___ ___ |
| Priority Creditor's Name | |
| | When was the debt incurred? _____ |
| _____ | |
| Number        Street | **As of the date you file, the claim is:** Check all that apply. |
| _____ | ☐ Contingent |
| _____ | ☐ Unliquidated |
| | ☐ Disputed |
| _____ | |
| City                 State    ZIP Code | **Type of PRIORITY unsecured claim:** |
| **Who incurred the debt?** Check one. | ☐ Domestic support obligations |
| ☐ Debtor 1 only | ☐ Taxes and certain other debts you owe the government |
| ☐ Debtor 2 only | ☐ Claims for death or personal injury while you were |
| ☐ Debtor 1 and Debtor 2 only | intoxicated |
| ☐ At least one of the debtors and another | ☐ Other. Specify |
| ☐ **Check if this claim is for a community debt** | |
| **Is the claim subject to offset?** | |
| ☐ No | |
| ☐ Yes | |

Debtor 1  **Robert David Lain**                                      Case number (if known) **22-40935-mxm7**

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3.  **Do any creditors have nonpriority unsecured claims against you?**

- ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
- ☑ Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

**4.1**

**A.J. McClought**
Nonpriority Creditor's Name
**370 N. State Hwy 360**
Number        Street
**Apt. 4200**

**Mansfield            TX      76063**
City                          State   ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**1964 Pontiac LeMans**

**Last 4 digits of account number** __ **7**  **9**  **0**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Services**

**$4,500.00**

**4.2**

**Abel Carmona**
Nonpriority Creditor's Name
**2501 FM 718**
Number        Street

**Rhome               TX      76078**
City                          State   ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**1963 Chevy Impala**

**Last 4 digits of account number** __ **7**  **1**  **4**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Deposit for work not completed**

**$15,640.00**

Debtor 1 __Robert David Lain_____     Case number (if known) __22-40935-mxm7__

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

| | Total claim |
|---|---|

| 4.3 | | $38,500.00 |

**Adrian Sanchez**
Nonpriority Creditor's Name
**102 Brookview Ct.**
Number       Street

**Waxahachie          TX      75165**
City                      State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**1985 Chevy C10 Light Blue**

**Last 4 digits of account number** __ __ 7  7  9
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Deposit**

| 4.4 | | $4,000.00 |

**Alberto Martinez**
Nonpriority Creditor's Name
**202 Latimer St**
Number       Street

**Ennis          TX      75119**
City              State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**1963 White GMC C1500**

**Last 4 digits of account number** __ __ 8  1  8
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Deposit**

Debtor 1     Robert David Lain                                    Case number (if known)   22-40935-mxm7

## Part 2:     Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.5 | | $6,500.00 |

**Alex Collums** *
Nonpriority Creditor's Name

Number        Street

_____

_____

City                    State    ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**1983 Chevrolet C10**

**Last 4 digits of account number**    0   0   1   9

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Deposit**

| 4.6 | | $3,500.00 |

**Alexander Perez** *
Nonpriority Creditor's Name

Number        Street

_____

_____

City                    State    ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**1983 Chevrolet C10**

**Last 4 digits of account number**        8   8   8

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Deposit**

Debtor 1    __Robert David Lain_____    Case number (if known) __22-40935-mxm7__

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

Total claim

| 4.7 | | $53,535.62 |
|---|---|---|

**American Express**
Nonpriority Creditor's Name
**PO Box 981535**
Number        Street

_____

| **El Paso** | **TX** | **79998** |
|---|---|---|
City              State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number    __1__  __0__  __0__  __6__

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

---

| 4.8 | | $4,200.00 |
|---|---|---|

**Andres Santiago**
Nonpriority Creditor's Name
**219 Adventus Ct**
Number        Street

_____

| **Mansfield** | **TX** | **76063** |
|---|---|---|
City              State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**vehichle in his possession**

Last 4 digits of account number    ___  ___  ___  ___

**When was the debt incurred?**    __8/21/2020__

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Deposit**

Debtor 1    **Robert David Lain**        Case number (if known)   **22-40935-mxm7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.9

**$10,360.00**

**Andrew Hernandez**
Nonpriority Creditor's Name
**1321 W Broadus Ave.**
Number    Street

**Fort Worth.**      **TX**    **76115**
City        State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**vehichle still at shop**
**1998 GMC Sierra**

Last 4 digits of account number    **8**   **0**   **3**

**When was the debt incurred?**    **3/30/2021**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Deposit**

### 4.10

**$10,000.00**

**Andy Gutierrez***
Nonpriority Creditor's Name

Number    Street

City        State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**2001 Ford Mustang GT**

Last 4 digits of account number    **0**   **0**   **3**   **4**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Deposit**

Debtor 1    **Robert David Lain**                                    Case number (if known) **22-40935-mxm7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

<div style="float:right">**Total claim**</div>

---

| 4.11 | | **$4,500.00** |

**Arthur Page***
Nonpriority Creditor's Name

Number        Street

City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**1972 Chevy K10**

**Last 4 digits of account number**    __ **8** **2** **0**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Deposit**

---

| 4.12 | | **$9,000.00** |

**Artiss Williams***
Nonpriority Creditor's Name

Number        Street

City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**1958 Chevy Apache**

**Last 4 digits of account number**    __ **8** **8** **6**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Deposit**

Debtor 1    **Robert David Lain** _____    Case number (if known) **22-40935-mxm7**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.13 | | **$6,000.00** |

**Bennie Davis**
Nonpriority Creditor's Name

_____
Number      Street

_____

_____

_____
City                State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**1995 Chevrolet Impala**

**Last 4 digits of account number** __ __ **7** **5** **6**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Deposit**

| 4.14 | | **$5,000.00** |

**Bernanrdo Avelar**
Nonpriority Creditor's Name
**5106 Cabin Lake Dr.**
Number      Street

_____

_____

**San Antonio**        **TX**    **78244**
City                State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**1985 Chevy C10**
**making plans for pick up**

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** **7/1/2020**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Deposits**

Debtor 1    **Robert David Lain**        Case number (if known)   **22-40935-mxm7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.15**

**Bill Leonard\***
Nonpriority Creditor's Name

Number   Street

City    State   ZIP Code

**$4,500.00**

Last 4 digits of account number   __ __ 8 9 3

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
**Deposit**

**1984 Chevy C-10 Blue**

**4.16**

**Bob Schofield\***
Nonpriority Creditor's Name

Number   Street

City    State   ZIP Code

**$4,500.00**

Last 4 digits of account number   __ __ 7 4 9

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
**Deposit**

**1955 F-100 Orange**

Debtor 1     **Robert David Lain**                                    Case number (if known)   **22-40935-mxm7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.17 | | $4,500.00 |
|---|---|---|

**Brandon Atkins**
Nonpriority Creditor's Name
**921 Wilderness Pass**
Number          Street

**Last 4 digits of account number**   __   **7**   **3**   **4**

**When was the debt incurred?**   **12/21/2020**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Cedar Hill          TX     75014**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**1996 Chevy Impala**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Deposit**

| 4.18 | | $6,000.00 |
|---|---|---|

**Brent Beck**
Nonpriority Creditor's Name
**815 E. 3rd street**
Number          Street

**Last 4 digits of account number**   __   __   __   __

**When was the debt incurred?**   **8/1/2020**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Lancaster          TX     75146**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**1976 Chevy Impala-red**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Deposits**

Debtor 1   **Robert David Lain**                                        Case number (if known)   **22-40935-mxm7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.19 | | **$5,000.00** |
|---|---|---|

**Caleb Harbson**
Nonpriority Creditor's Name
**8 Pinedale Ct.**
Number        Street

**Mansfield**          **TX**     **76063**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**1967 Chevy C10**

Last 4 digits of account number ___ **9** **3** **2**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Deposit**

| 4.20 | | **$4,500.00** |
|---|---|---|

**Carollton Taylor***
Nonpriority Creditor's Name

Number        Street

City                      State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Chevelle**

Last 4 digits of account number **0** **0** **6** **9**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Deposit**

Debtor 1    **Robert David Lain** _____    Case number (if known) **22-40935-mxm7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |

**4.21**

| | **$5,000.00** |

**Cesar Argoaze*** _____
Nonpriority Creditor's Name

_____
Number        Street

_____

_____

_____
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**1968 Chevy C10**

**Last 4 digits of account number** __ **9** **3** **1**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Deposit**

**4.22**

| | **$11,500.00** |

**Charles Bancroft*** _____
Nonpriority Creditor's Name

_____
Number        Street

_____

_____

_____
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**1968 Chevy C10**

**Last 4 digits of account number** __ **7** **5** **0**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Deposit**

Debtor 1    Robert David Lain                                    Case number (if known)  22-40935-mxm7

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

**4.23**                                                                                    **$8,500.00**

**Chris Howell***
Nonpriority Creditor's Name

Last 4 digits of account number  __  7  2  3

When was the debt incurred?  _____

| Number        Street |
|---|
| |
| |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

City                        State      ZIP Code

Type of NONPRIORITY unsecured claim:

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Deposit**

**Is the claim subject to offset?**
☑ No
☐ Yes

**1973 Chevrolet C10 swb**

**4.24**                                                                                    **$3,500.00**

**Chris Rush**
Nonpriority Creditor's Name
**PO Box 2590**
Number        Street

Last 4 digits of account number  __  __  __  __

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Peter Park**              **TX**    **78613**
City                        State      ZIP Code

Type of NONPRIORITY unsecured claim:

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Deposit**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1     **Robert David Lain**                                    Case number (if known)  **22-40935-mxm7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.25 | | **$12,050.00** |
| --- | --- | --- |

**CJ Allen\***
Nonpriority Creditor's Name

Number      Street

City                                State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**1971 Chevy K10**

Last 4 digits of account number  __ **7** **6** **1**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Deposit**

| 4.26 | | **$0.00** |
| --- | --- | --- |

**Cody Gerth**
Nonpriority Creditor's Name
**5225 Calloway Dt**
Number      Street
**Unit B**

**Fort Worth**              **TX**    **76114**
City                                State     ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**817-378-6135**

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Deposti**

Debtor 1    Robert David Lain _____    Case number (if known)  **22-40935-mxm7**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
| --- | --- |

After listing any entries on this page, number them sequentially from the
previous page.

| | | Total claim |
| --- | --- | --- |

**4.27**

| | | $3,038.00 |
| --- | --- | --- |

**Comenity/Alphaeoncos**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**PO Box 182125**

_____

**Columbus          OH     43218**
City                          State     ZIP Code

**Who incurred the debt?**   Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number    **2    0    9    1**
**When was the debt incurred?**   **05/2020**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Credit Card**

**4.28**

| | | $24,500.00 |
| --- | --- | --- |

**Craig Harr***
Nonpriority Creditor's Name

_____

Number     Street

_____

_____

City                          State     ZIP Code

**Who incurred the debt?**   Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**1969 Camaro Pro Touring Build**

Last 4 digits of account number    **0    0    0    2**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Deposit**

Debtor 1     **Robert David Lain** _____     Case number (if known)  **22-40935-mxm7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

| 4.29 |
|---|

**$8,300.00**

**Dave Clayton**
Nonpriority Creditor's Name
**2204 Del Ray Ct.**
Number          Street

_____

**Arlington                    TX        76013**
City                          State       ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**1952 Poniac Chieftan Green**

**Last 4 digits of account number**  __  **7**  **3**  **6**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify
  **Deposit**

| 4.30 |
|---|

**$17,000.00**

**Devonta Gardner**
Nonpriority Creditor's Name

_____
Number          Street

_____

_____
City                          State       ZIP Code

**Who incurred the debt?**  Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**  __  __  __  __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify
  **Deposit**

Debtor 1    **Robert David Lain**                                    Case number (if known) **22-40935-mxm7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.31 | |
|---|---|

**$6,700.00**

**Dimairo Mark**
Nonpriority Creditor's Name
**414 Elmo St.**
Number        Street

Last 4 digits of account number ___ **7** ___ **2** ___ **5**

When was the debt incurred? **09/1/2020**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Cleburne        TX     76031**
City        State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Vehicle still there**
**1964 Chevy C10**

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Deposit**

| 4.32 | |
|---|---|

**$2,500.00**

**Doug Tierney**
Nonpriority Creditor's Name
**131 Saddlebrook Ct.**
Number        Street

Last 4 digits of account number ___ **7** ___ **3** ___ **1**

When was the debt incurred? **12/21/2020**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Rome        TX     76078**
City        State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**DP $ 2,400**
**Missing car parts $1,000**
**1956 Chevy Bel Air Coupe**

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Deposit**

Debtor 1    **Robert David Lain** _____    Case number (if known) **22-40935-mxm7**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

| 4.33 | | **$2,400.00** |
|---|---|---|

**Dylen Grezlik\*** _____
Nonpriority Creditor's Name

_____
Number      Street

_____

_____

_____
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**1971 Ford E300 Light Green Van**

**Last 4 digits of account number** __ __ **6** **5** **8**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Deposit**

| 4.34 | | **$6,000.00** |
|---|---|---|

**Eric Hayden** _____
Nonpriority Creditor's Name

**9153 Watercress Dr** _____
Number      Street

_____

**Fort Worth            TX      76135**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**1967 Chevrolet Camaro**

**Last 4 digits of account number** __ __ **7** **4** **7**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Deposit**

---

Debtor 1    **Robert David Lain**                                          Case number (if known) **22-40935-mxm7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.                                                                              **Total claim**

| 4.35 |                                                                            **$4,200.00**

**Erney Gomez\***                                      **Last 4 digits of account number**  __  **8**  **6**  **4**
Nonpriority Creditor's Name                            **When was the debt incurred?**  _____

Number        Street                                   **As of the date you file, the claim is:** Check all that apply.
_____                   ☐ Contingent
_____                   ☐ Unliquidated
                                                        ☑ Disputed
City                    State    ZIP Code
**Who incurred the debt?**   Check one.                 **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                                         ☐ Student loans
☐ Debtor 2 only                                         ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                               that you did not report as priority claims
☑ At least one of the debtors and another              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**      ☑ Other. Specify
**Is the claim subject to offset?**                        **Deposit**
☑ No
☐ Yes
**1962 Chevy Impala**

| 4.36 |                                                                            **$4,000.00**

**Fernando Zamudio\***                                 **Last 4 digits of account number**  __  **6**  **7**  **5**
Nonpriority Creditor's Name                            **When was the debt incurred?**  _____

Number        Street                                   **As of the date you file, the claim is:** Check all that apply.
_____                   ☐ Contingent
_____                   ☐ Unliquidated
                                                        ☑ Disputed
City                    State    ZIP Code
**Who incurred the debt?**   Check one.                 **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                                         ☐ Student loans
☐ Debtor 2 only                                         ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                               that you did not report as priority claims
☑ At least one of the debtors and another              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**      ☑ Other. Specify
**Is the claim subject to offset?**                        **Deposit**
☑ No
☐ Yes
**1971 gmc  C10 white**

Debtor 1 **Robert David Lain**                         Case number (if known) **22-40935-mxm7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

<div style="float:right">

**Total claim**

</div>

| 4.37 | |
| --- | --- |

**$3,800.00**

**Greg Moakes**
Nonpriority Creditor's Name
**3985 Davila Dr**
Number       Street
**Dallas, TX 7220**

_____
City                     State     ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**1990 Jeep Grand Wagoneer**
**214-425-5733**

**Last 4 digits of account number** __ __ **6** **8** **9**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Deposit**

| 4.38 | |
| --- | --- |

**$7,000.00**

**H&A Greenly Transport**
Nonpriority Creditor's Name
**aka Harlan Greenlee**
Number       Street
**8116 Jolie Dr.**

_____
**Fort Worth**              **TX**     **76137**
City                     State     ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**1986 Oldsmobile Cutless G-Body**
**817-721-6150**

**Last 4 digits of account number** __ __ **8** **2** **2**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Deposit**

Debtor 1    **Robert David Lain**      Case number (if known)   **22-40935-mxm7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.39**

| | | **$6,000.00** |
|---|---|---|

**Heston Williams**
Nonpriority Creditor's Name
**8424 Deerwood Forest Dr.**
Number     Street

**Fort Worth**      **TX**    **76126**
City          State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   ___ ___ ___ ___
**When was the debt incurred?**   **10/19/2021**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Deposit**

**4.40**

| | | **$2,800.00** |
|---|---|---|

**Isi Faiva\***
Nonpriority Creditor's Name

Number     Street

City          State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**1963 Pontiac Bonniville Blue**

**Last 4 digits of account number**   ___ **7**   **3**   **8**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Deposit**

Debtor 1    **Robert David Lain**                                    Case number (if known)   **22-40935-mxm7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.                                                    **Total claim**

| 4.41 | | **$3,800.00** |

**Jared Harrison**
Nonpriority Creditor's Name
**522 Glacial Stream Lan**
Number        Street



**Cedar Park**            **TX**    **78613**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**1987 Monte Carlo SS**
**Picked up car on 4/12/2022**

Last 4 digits of account number    **7   4   2**
When was the debt incurred?    **12/30/2020**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Deposit**

| 4.42 | | **$6,800.00** |

**Jared Powell***
Nonpriority Creditor's Name

Number        Street



City                    State    ZIP Code
**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**1974 International Scout**

Last 4 digits of account number    **6   8   8**
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Deposit**

Debtor 1    **Robert David Lain**                                          Case number (if known) **22-40935-mxm7**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
| --- | --- |

| 4.43 | | $4,500.00 |
| --- | --- | --- |

**Jason Choate\***
Nonpriority Creditor's Name

Number    Street

City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**1982 Chevrolet C10**

**Last 4 digits of account number** __ 7 6 3

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Deposit**

| 4.44 | | $8,000.00 |
| --- | --- | --- |

**Jason DuBose\***
Nonpriority Creditor's Name

Number    Street

City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**1972 Green Cuda**

**Last 4 digits of account number** 0 0 0 9

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Deposit**

Debtor 1    **Robert David Lain**    Case number (if known)    **22-40935-mxm7**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.45 | | **$3,500.00** |

**Jason Langley**
Nonpriority Creditor's Name
**165 Roscoe Ln.**
Number     Street

**Midlothian          TX      76065**
City                 State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**2000 Chevy 1500**

**Last 4 digits of account number**    __  __  8  8  3

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Deposit**

| 4.46 | | **$13,160.00** |

**Javier Perez***
Nonpriority Creditor's Name

Number     Street

City                 State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**1972 Chevy C10 Black**

**Last 4 digits of account number**    __  __  8  1  0

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Deposit**

Debtor 1    **Robert David Lain**                                    Case number (if known)  **22-40935-mxm7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

| 4.47 | | | **$4,000.00** |

**Jay Bishop***
Nonpriority Creditor's Name

| Number      Street |

| City                              State    ZIP Code |

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Deposit**

| 4.48 | | | **$3,000.00** |

**Jerry Bluitt**
Nonpriority Creditor's Name
**240 FM 3039**
Number      Street

**Combine**                          **TX**    **75159**
City                              State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  **10/1/2020**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Deposit**

Debtor 1     **Robert David Lain** _____     Case number (if known)  **22-40935-mxm7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

<div style="float:right">**Total claim**</div>

**4.49**

**$7,300.00**

**Jessie Faz**
Nonpriority Creditor's Name
**2338 Rexlawn Dr.**
Number        Street
_____
_____

**Dallas**             **TX**    **75227**
City                   State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**He has vehicle in his possession**
**1984 Buick Regal**

**Last 4 digits of account number**     **7   8   4**
**When was the debt incurred?**  **03/01/2021**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Deposit**

**4.50**

**$3,500.00**

**Joe Portales\***
Nonpriority Creditor's Name
_____
Number        Street
_____
_____

City                   State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**1951 Chevy 3100**

**Last 4 digits of account number**     **7   3   9**
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Deposit**

Debtor 1    **Robert David Lain**           Case number (if known)   **22-40935-mxm7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.51**

     **$14,440.00**

**Joe Rodarte***
Nonpriority Creditor's Name

Number     Street

_____

_____

City         State    ZIP Code

**Who incurred the debt?**   Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**1970 GMC C10/1500**

Last 4 digits of account number    __   **8**   **0**   **1**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Deposit**

**4.52**

     **$6,000.00**

**Johnny Davila**
Nonpriority Creditor's Name
**5713 Meandeing Rd.**
Number     Street

_____

**River Oaks**      **TX**    **76114**
City         State    ZIP Code

**Who incurred the debt?**   Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**1981 Poniac Trans Am**

Last 4 digits of account number    __   **7**   **0**   **4**

**When was the debt incurred?**    **11/4/2020**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Deposit**

Debtor 1   **Robert David Lain**  _____   Case number (if known) **22-40935-mxm7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
| --- | --- |

| 4.53 | | **$6,900.00** |
| --- | --- | --- |

**Jon Cheesbro***
Nonpriority Creditor's Name

_____
Number      Street

_____

_____

_____
City          State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**1970 Chevy K5 Blazer**

**Last 4 digits of account number** __  **7**  **9**  **9**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Deposit**

| 4.54 | | **$8,000.00** |
| --- | --- | --- |

**Jorge Ordaz***
Nonpriority Creditor's Name

_____
Number      Street

_____

_____

_____
City          State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**1970 Chevrolet Chevelle**

**Last 4 digits of account number** **0**  **0**  **5**  **3**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Deposit**

Debtor 1    **Robert David Lain**                                    Case number (if known) __22-40935-mxm7__

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.55 |
|---|

**$6,700.00**

**Joseph Couch**
Nonpriority Creditor's Name
**1034 Balsam Dr.**
Number        Street

_____

**Arlington**          **TX**      **76006**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**      __5/6/2020__

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Deposit**

| 4.56 |
|---|

**$4,000.00**

**Joseph Neyar***
Nonpriority Creditor's Name

_____
Number        Street

_____

_____
City                        State      ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**1973 Dodge Dart**

**Last 4 digits of account number** ___ __8__ __5__ __8__
**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Deposit**

Debtor 1   **Robert David Lain**                                          Case number (if known)   **22-40935-mxm7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| **Total claim** |
|---|

| 4.57 | | **$2,000.00** |
|---|---|---|

**Josh Watt**
Nonpriority Creditor's Name

| Number | Street |
|---|---|

_____

_____

City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**1968 Chevy Camaro**

**Last 4 digits of account number** __ **8** **7** **5**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Deposit**

| 4.58 | | **$3,400.00** |
|---|---|---|

**Josh***
Nonpriority Creditor's Name

| Number | Street |
|---|---|

_____

_____

City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**1987 Chevy K5 Blazer**

**Last 4 digits of account number** __ **7** **2** **9**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Deposit**

Debtor 1    **Robert David Lain**    Case number (if known)    **22-40935-mxm7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.59

**$3,800.00**

**Juan Hernandez\***
Nonpriority Creditor's Name

Number        Street

_____

_____

City                    State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**2014 Chevy silvardo**

Last 4 digits of account number    __ 7 5 3 __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Deposit**

---

4.60

**$4,500.00**

**Justin Hall\***
Nonpriority Creditor's Name

Number        Street

_____

_____

City                    State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**1968 Buick Riviera (Green)**

Last 4 digits of account number    __ 9 0 6 __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Deposit**

| Debtor 1 | Robert David Lain | Case number (if known) | 22-40935-mxm7 |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |

**4.61**

**$10,000.00**

**Justin Hess**
Nonpriority Creditor's Name
**5420 Medlin Ct.**
Number        Street

**Flower Mound        TX        75028**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**vehicle still at shop**
**2007 Maza RX-8 White**

Last 4 digits of account number   0   0   7   0
**When was the debt incurred?**   08/01/2020

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Deposit**

**4.62**

**$1,000.00**

**Kenny Lewis**
Nonpriority Creditor's Name
**4204 Summit Ridge Dr.**
Number        Street

**Dallas        TX        75216**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**veihcle still at shop**
**1979 Chevy C10 pickup**

Last 4 digits of account number   ___ ___   ___ ___
**When was the debt incurred?**   4/15/2021

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Deposit**

Debtor 1    Robert David Lain                                    Case number (if known)  22-40935-mxm7

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.63**

**$4,500.00**

**Kent Wylie**
Nonpriority Creditor's Name
**1732 Steam Boat dr**
Number        Street

**Plano**                    **TX**    **75025**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**   6/15/2021

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Deposit**

**4.64**

**$6,000.00**

**Kevin Burnham***
Nonpriority Creditor's Name

Number        Street

City                          State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**2000 Chevy Camaro Silver**

**Last 4 digits of account number** __ 8 9 5
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Deposit**

Debtor 1    **Robert David Lain**                                    Case number (if known)    **22-40935-mxm7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.65 | | **$8,800.00** |
|---|---|---|

**Klaus Christopher\***
Nonpriority Creditor's Name

Number        Street

City                    State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**1976 GMC G20 Van Dodge Brown**

**Last 4 digits of account number**    __ 7   7   7
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Deposit**

| 4.66 | | **$5,000.00** |
|---|---|---|

**Lawrence Sharp**
Nonpriority Creditor's Name
**125 Hidalgo Ln.**
Number        Street

**Arlington**            **TX**    **76014**
City                    State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**2001 Chevy S10 Silver**

**Last 4 digits of account number**    7   4   5
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Deposit**

Debtor 1     Robert David Lain _____     Case number (if known) **22-40935-mxm7**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.67 | | **$10,000.00** |
|---|---|---|

**Luis Jessi***
Nonpriority Creditor's Name

Last 4 digits of account number __ __ **9** **1** **3**

When was the debt incurred? _____

_____
Number     Street

_____

_____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

_____
City                    State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

**1971 Chevy Chevelle**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Deposit**

| 4.68 | | **$4,000.00** |
|---|---|---|

**Mark Noble***
Nonpriority Creditor's Name

Last 4 digits of account number __ __ __ __

When was the debt incurred? _____

_____
Number     Street

_____

_____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

_____
City                    State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Deposit**

Debtor 1 **Robert David Lain**        Case number (if known) **22-40935-mxm7**

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.69**

                                                  **$8,260.00**

**Mark Perez**
Nonpriority Creditor's Name
**Suite 131-197**
Number    Street
**4621 S. Cooper**

**Arlington        TX    76017**
City              State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Vehicle still at shop**
**1971 Chevy K5 Blazer**

Last 4 digits of account number    __   **8**   **1**   **1**
**When was the debt incurred?**   **4/16/2021**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Deposit**

---

**4.70**

                                                  **$3,040.00**

**Mark Rendon***
Nonpriority Creditor's Name

Number      Street

City              State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Deposit**

---

Debtor 1    **Robert David Lain**                                    Case number (if known)  **22-40935-mxm7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

| 4.71 | | | **$19,400.00** |

**Mark Zello\***
Nonpriority Creditor's Name

Number        Street

_____

_____

City                State    ZIP Code

**Last 4 digits of account number**    0    0    6    1

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Deposit**

**1975 Chevy Corvette Convert**

| 4.72 | | | **$10,000.00** |

**Mason Justice\***
Nonpriority Creditor's Name

Number        Street

_____

_____

City                State    ZIP Code

**Last 4 digits of account number** _____  8    5    6

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Deposit**

**1974 Cheverlet Nova**

Debtor 1  **Robert David Lain**                                        Case number (if known)  **22-40935-mxm7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
| --- | --- |

**4.73**

| | | **$16,000.00** |
| --- | --- | --- |

**Matt Dixon**
Nonpriority Creditor's Name
**4913 Batton Rouge Blvd.**
Number          Street

**Frisco**                    **TX**      **75035**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**1998 Jeep Cherokee**

Last 4 digits of account number    __  __8__  __4__  __1__

**When was the debt incurred?**  _____

**As of the date you file, the claim is:**  Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Deposit**

**4.74**

| | | **$2,800.00** |
| --- | --- | --- |

**Michael Pait**
Nonpriority Creditor's Name
**474 Charleston Park**
Number          Street

**Conroe**                    **TX**      **77302**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**1980 Datsun 280zx Brown**

Last 4 digits of account number    __  __7__  __0__  __9__

**When was the debt incurred?**  _____

**As of the date you file, the claim is:**  Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Deposit**

Debtor 1 **Robert David Lain**                                                    Case number (if known) **22-40935-mxm7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

| 4.75 | | | | | | | | | | | $0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Mike Musser\***
Nonpriority Creditor's Name

Number        Street

City                              State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**1952 Chevy 3100**

**Last 4 digits of account number**    0    0    5    4
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Deposit**

| 4.76 | | | | | | | | | | | $3,400.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Monica Jaime**
Nonpriority Creditor's Name
**244 Cotton Dr.**
Number        Street

**Mansfield**                    **TX**    **76063**
City                              State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**1973 Ford F-100 swb**

**Last 4 digits of account number**    7    2    8
**When was the debt incurred?**   12/14/2020

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Deposit**

Debtor 1   **Robert David Lain** _____   Case number (if known)  **22-40935-mxm7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.77 |
| --- |

**$78,000.00**

**National Funding Inc.**
Nonpriority Creditor's Name
**9530 Towne Centre Drive, Suite 120**
Number      Street

_____

**San Diego            CA     92121**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __  __ __  __ __  __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Merchant Cash Advance**

| 4.78 |
| --- |

**$118,888.00**

**National Funding, Inc.**
Nonpriority Creditor's Name
**9530 Towne Centre Drive, Ste 120**
Number      Street

_____

**San Diego            CA     92121**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **2   4   7   0**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Loan**

Debtor 1    **Robert David Lain**        Case number (if known)   **22-40935-mxm7**

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.79**

| | | **$6,000.00** |
|---|---|---|

**Orlando Castillon***
Nonpriority Creditor's Name

Number     Street

City           State    ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**1967 Pontiac Firebird**

**Last 4 digits of account number**    __   **9**   **0**   **2**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Deposit**

**4.80**

| | | **$0.00** |
|---|---|---|

**Pacer Duddington**
Nonpriority Creditor's Name
**15927 Viney Creek Dr.**
Number     Street

**Houston**        **TX**    **77095**
City           State    ZIP Code

**Who incurred the debt?**    Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**817-995-4886**
**1997 Chevy Tahoe**

**Last 4 digits of account number**    __   __   __   __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Deposit**

Debtor 1    **Robert David Lain**                                              Case number (if known)  **22-40935-mxm7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.81 | | | $5,500.00 |

**Pepe "Steve" Segovia**
Nonpriority Creditor's Name

**113 Red Wolf Ln**
Number        Street

**Red Oak**                **TX**        **75154**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**1968 Dodge D200**

**Last 4 digits of account number**        **8  2  1**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Deposit**

| 4.82 | | | $14,500.00 |

**Randy Williams**
Nonpriority Creditor's Name

**400 Preston Blvd. Apt.18**
Number        Street

**Bossier City, Louisiana. 71111**

City                          State      ZIP Code

**Who incurred the debt?**  Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**1976 Chevy Caprice-white**

**Last 4 digits of account number**        **7  8  0**

**When was the debt incurred?**    **11/15/2020**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Deposit**

Debtor 1    **Robert David Lain**      Case number (if known)   **22-40935-mxm7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.83 | | **$20,000.00** |
| --- | --- | --- |

**Raunel Tejeda Exodus***
Nonpriority Creditor's Name

| | |
| --- | --- |
| Number | Street |

_____

_____

| | | |
| --- | --- | --- |
| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**1984 Chevy C-10 Green**

**Last 4 digits of account number**   _ _   **6**   **6**   **3**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Deposit**

| 4.84 | | **$107,876.00** |
| --- | --- | --- |

**Reliant Funding**
Nonpriority Creditor's Name

**9540 Towne Centre Drive, Suite 200**

| | |
| --- | --- |
| Number | Street |

_____

| | | |
| --- | --- | --- |
| **San Diego** | **CA** | **92142** |
| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **7**   **2**   **3**   **9**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Merchant Cash Advance**

Debtor 1    **Robert David Lain**                                          Case number (if known)    **22-40935-mxm7**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

| 4.85 | | $142,900.00 |
|---|---|---|

**Reliant Funding**
Nonpriority Creditor's Name
**9540 Town Centre Drive, Suite 200**
Number        Street

**San Diego            CA      92142**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **7   2   3   9**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Merchant Cash Advance**

| 4.86 | | $5,000.00 |
|---|---|---|

**Ricky Peyton\***
Nonpriority Creditor's Name

Number        Street

City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**1985 Chevy C10 Swb**

Last 4 digits of account number    **8   3   1**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Deposit**

Debtor 1    __Robert David Lain__        Case number (if known)   __22-40935-mxm7__

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

| 4.87 | | **$7,000.00** |
|---|---|---|

__Robert Beman*__
Nonpriority Creditor's Name

Number    Street

_____

_____

City         State    ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**1968 Chevrolet Camaro**

**Last 4 digits of account number**   __7__   __1__   __9__

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Deposit**

| 4.88 | | **$5,600.00** |
|---|---|---|

__Robert Chenoweth__
Nonpriority Creditor's Name
__16280 E. Secretariat Dr.__
Number    Street
__Loxahatchee, Florida. 33470__

_____

City         State    ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**1953 Chevy 3100-dusty red**

**Last 4 digits of account number**   __7__   __4__   __1__

**When was the debt incurred?** __11/1/2020__

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Deposits**

Debtor 1    **Robert David Lain**                                          Case number (if known)  **22-40935-mxm7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
| --- | --- |

| 4.89 | | $4,700.00 |
| --- | --- | --- |

**Robert Johnson**
Nonpriority Creditor's Name
**6000 King William Dr.**
Number        Street

_____

**Arlington            TX        76018**
City                    State      ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**1989 Camaro-red**

**Last 4 digits of account number**    0    0    6    5
**When was the debt incurred?**    9/15/2020

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify **Deposit**

| 4.90 | | $6,000.00 |
| --- | --- | --- |

**Robert Skelton**
Nonpriority Creditor's Name
**8208 Tamarron Dr.**
Number        Street

_____

**Waxahachie            TX        75167**
City                    State      ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**1982 CHEVY C10**

**Last 4 digits of account number**    __  __  __  __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify **Deposit**

Debtor 1 __Robert David Lain_____     Case number (if known) __22-40935-mxm7__

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.91 | | **$11,500.00** |
|---|---|---|

**Ruben Ramon***
Nonpriority Creditor's Name

_____
Number      Street

_____

_____

_____
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**1990 Chevy 454 1500 Black**

**Last 4 digits of account number** __ __ __ 7 __ 4 __ 4

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Deposit**

| 4.92 | | **$6,000.00** |
|---|---|---|

**Russell Blum**
Nonpriority Creditor's Name
**3615 Hollow Cfreek Rd**
Number      Street

_____

_____

**Arlington**          **TX**    **76001**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**1975 Chevy Corvette Convert**

**Last 4 digits of account number** __ __ __ 9 __ 0 __ 1

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Deposit**

Debtor 1      **Robert David Lain** _____      Case number (if known)   **22-40935-mxm7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

| 4.93 | | **$28,000.00** |
|---|---|---|

**Ryan Khan**
Nonpriority Creditor's Name
**2003 W. Pioneer Parkway #B**
Number          Street
_____

**Arlington**          **TX**    **76013**
City                         State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**1969 Dodge Challenger**

**Last 4 digits of account number**    __   **7**    **9**    **4**   __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Deposit**

| 4.94 | | **$2,800.00** |
|---|---|---|

**Sam Florez***
Nonpriority Creditor's Name
_____
Number          Street
_____

_____
City                         State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**1966 Chevy Impala**

**Last 4 digits of account number**    __   **7**    **1**    **0**   __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Deposit**

Debtor 1    **Robert David Lain**      Case number (if known)   **22-40935-mxm7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

| 4.95 | | **$8,200.00** |
|---|---|---|

**Scott Bridgman**
Nonpriority Creditor's Name
**717 S. Greenville Ave Suite 100**
Number    Street

**Allen**      **TX**    **75002**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**2004 Nissan 350Z Silver**

Last 4 digits of account number    __   **7**   **9**   **7**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Deposit**

| 4.96 | | **$4,500.00** |
|---|---|---|

**Scott Klor**
Nonpriority Creditor's Name
**501 Chelsea Dr.**
Number    Street

**Midlothian**      **TX**    **76065**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Picked up vehicle. Missing motor.**
**1982 Toyota Land Cruiser FJ6**

Last 4 digits of account number    **8**   **1**   **2**
**When was the debt incurred?**    **04/1/2021**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Deposits**

Debtor 1    **Robert David Lain**        Case number (if known)   **22-40935-mxm7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.97 | | **$70,400.00** |
| --- | --- | --- |

**Secret Properties**
Nonpriority Creditor's Name
**PO Box 213**
Number    Street

**Kennedale**      **TX**    **76060**
City          State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Commercial Lease for Texas Speed Dynamics**

| 4.98 | | **$17,500.00** |
| --- | --- | --- |

**Shanna Terry***
Nonpriority Creditor's Name

Number    Street

City          State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**1967 Corvette Sting Ray Blue/White one**

**Last 4 digits of account number**    __ **6** __ **8** __ **3**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Deposit**

Debtor 1    Robert David Lain                                    Case number (if known)   22-40935-mxm7

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

| 4.99 | |
|---|---|

| | **$0.00** |
|---|---|

**Taylor Massey***
Nonpriority Creditor's Name

Number      Street

_____

City                    State    ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**1985 Broncho Tan**

**Last 4 digits of account number**    0   0   8   1

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Deposit**

---

| 4.100 | |
|---|---|

| | **$28,200.00** |
|---|---|

**Terry Cenerly***
Nonpriority Creditor's Name

Number      Street

_____

City                    State    ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**1970 Chevy Chevelle**

**Last 4 digits of account number**    0   0   2   9

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Deposit**

---

Debtor 1    **Robert David Lain**                                    Case number (if known)   **22-40935-mxm7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

4.101

**Tony Alvarez**
Nonpriority Creditor's Name
**6412 Redstone Drive**
Number        Street

**$13,500.00**

**Last 4 digits of account number**     __  **8**  **5**  **5**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Arlington              TX    76001**
City                    State   ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Deposit for work not completed**

**1986 Chevy C10 Red**

4.102

**Tony Alvarez**
Nonpriority Creditor's Name
**6412 Redstone Drive**
Number        Street

**$5,000.00**

**Last 4 digits of account number**     **0**  **0**  **4**  **9**
**When was the debt incurred?**     **02/2022**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Arlington              TX    76001**
City                    State   ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Deposit paid for work not completed**

**1983 Chevy C10 Blue**

Debtor 1    **Robert David Lain**                                    Case number (if known)  **22-40935-mxm7**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | Total claim |
|---|---|

**4.103**                                                                         **$4,500.00**

**Vince***
Nonpriority Creditor's Name

Last 4 digits of account number  __  __  **8**  **5**  **3**

| Number | Street |
|---|---|

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

| City | State | ZIP Code |
|---|---|---|

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Deposit**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Toyota FJ40**

**4.104**                                                                         **$20,321.00**

**Wells Fargo Bank NA**
Nonpriority Creditor's Name
**1 Home Campus MAC X2303-01A**
Number        Street
**3rd Floor**

Last 4 digits of account number  **5**  **5**  **0**  **0**

When was the debt incurred?  **09/2013**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| Des Moines | IA | 50328 |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Credit Card**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor 1    **Robert David Lain**                                    Case number (if known)  **22-40935-mxm7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

| **4.105** | | **$93,032.00** |

**Wells Fargo Bank NA**
Nonpriority Creditor's Name
**Attn: Wells Fargo Bankruptcy**
Number     Street
**435 Ford Road, Suite 300**

**Saint Lewis Park      MN     55426**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **0   0   0   1**
**When was the debt incurred?**   **11/2021**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Note Loan**

| **4.106** | | **$11,436.91** |

**Wells Fargo MC/VISA**
Nonpriority Creditor's Name
**PO Box 29482**
Number     Street

**Phoenix          AZ     85038**
City              State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **5   7   3   7**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Credit Card**

Debtor 1    **Robert David Lain** _____    Case number (if known)    **22-40935-mxm7**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |

5.    **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

**Clayton Everett** _____
Name
**Norred Law, PLLC** _____
Number      Street
**515 E. Border Street** _____

_____
**Arlington**          **TX**    **76010**
City                  State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

Debtor 1 **Robert David Lain** _____ Case number (if known) **22-40935-mxm7**

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. $0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $0.00 |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6d. $0.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $1,419,377.53 |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j. $1,419,377.53 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert** | **David** | **Lain** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **22-40935-mxm7**
(if known)

☐ Check if this is an
   amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

    ☐  No.  Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

    ☑  Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| **Person or company with whom you have the contract or lease** | **State what the contract or lease is for** |
|---|---|
| **2.1** **Secret Properties** | **Commercial Lease for Texas Speed Dynamics** |
| Name | **Contract to be REJECTED** |
| **PO Box 213** | |
| Number    Street | |
| | |
| **Kennedale**              **TX**      **76060** | |
| City                              State      ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert** | **David** | **Lain** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **22-40935-mxm7**
(if known)

☐ Check if this is an amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☑ Yes

   In which community state or territory did you live? **Texas** Fill in the name and current address of that person.

   **Debra Jean Lain**
   Name of your spouse, former spouse, or legal equivalent
   **4405 Thorp Lane**
   Number        Street

   **Keller**                              **TX**        **76244**
   City                                    State       ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F)*, or *Schedule G (Official Form 106G)*. Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:* Your codebtor

   *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

   | 3.1 | **Debra Lain** | ☑ Schedule D, line **2.2** |
   |---|---|---|
   | | Name | ☐ Schedule E/F, line _____ |
   | | **4405 Thorp Lane** | ☐ Schedule G, line _____ |
   | | Number        Street | **Freedom Mortgage Corporation** |
   | | **Keller**          **TX**    **76244** | |
   | | City          State   ZIP Code | |

Debtor 1    **Robert David Lain**      Case number (if known)    **22-40935-mxm7**

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**        *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.2 | **Texas Speed Dynamics LLC** |
|---|---|

Name
**4405 Thorp Lane**
Number    Street

**Keller**      **TX**      **76244**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.1**
☐ Schedule G, line _____
**A.J. McClought**

| 3.3 | **Texas Speed Dynamics LLC** |
|---|---|

Name
**4405 Thorp Lane**
Number    Street

**Keller**      **TX**      **76244**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.2**
☐ Schedule G, line _____
**Abel Carmona**

| 3.4 | **Texas Speed Dynamics LLC** |
|---|---|

Name
**4405 Thorp Lane**
Number    Street

**Keller**      **TX**      **76244**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.3**
☐ Schedule G, line _____
**Adrian Sanchez**

| 3.5 | **Texas Speed Dynamics LLC** |
|---|---|

Name
**4405 Thorp Lane**
Number    Street

**Keller**      **TX**      **76244**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.4**
☐ Schedule G, line _____
**Alberto Martinez**

| 3.6 | **Texas Speed Dynamics LLC** |
|---|---|

Name
**4405 Thorp Lane**
Number    Street

**Keller**      **TX**      **76244**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.5**
☐ Schedule G, line _____
**Alex Collums ***

| 3.7 | **Texas Speed Dynamics LLC** |
|---|---|

Name
**4405 Thorp Lane**
Number    Street

**Keller**      **TX**      **76244**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.6**
☐ Schedule G, line _____
**Alexander Perez ***

| Debtor 1 | Robert David Lain | Case number (if known) | 22-40935-mxm7 |
|---|---|---|---|

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.8**
**Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number      Street

**Keller**      **TX**      **76244**
City      State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line _**4.7**_
- ☐ Schedule G, line _____
**American Express**

**3.9**
**Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number      Street

**Keller**      **TX**      **76244**
City      State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line _**4.8**_
- ☐ Schedule G, line _____
**Andres Santiago**

**3.10**
**Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number      Street

**Keller**      **TX**      **76244**
City      State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line _**4.9**_
- ☐ Schedule G, line _____
**Andrew Hernandez**

**3.11**
**Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number      Street

**Keller**      **TX**      **76244**
City      State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line _**4.10**_
- ☐ Schedule G, line _____
**Andy Gutierrez***

**3.12**
**Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number      Street

**Keller**      **TX**      **76244**
City      State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line _**4.11**_
- ☐ Schedule G, line _____
**Arthur Page***

**3.13**
**Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number      Street

**Keller**      **TX**      **76244**
City      State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line _**4.12**_
- ☐ Schedule G, line _____
**Artiss Williams***

Debtor 1 **Robert David Lain** _____ Case number (if known) **22-40935-mxm7**

---

### Additional Page to List More Codebtors

_Column 1:_ **Your codebtor**

_Column 2:_ **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.14 | **Texas Speed Dynamics LLC** |
|---|---|
Name
**4405 Thorp Lane**
Number        Street

**Keller**                    **TX**        **76244**
City                          State         ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __**4.13**__
- ☐ Schedule G, line _____
- **Bennie Davis**

| 3.15 | **Texas Speed Dynamics LLC** |
|---|---|
Name
**4405 Thorp Lane**
Number        Street

**Keller**                    **TX**        **76244**
City                          State         ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __**4.14**__
- ☐ Schedule G, line _____
- **Bernanrdo Avelar**

| 3.16 | **Texas Speed Dynamics LLC** |
|---|---|
Name
**4405 Thorp Lane**
Number        Street

**Keller**                    **TX**        **76244**
City                          State         ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __**4.15**__
- ☐ Schedule G, line _____
- **Bill Leonard***

| 3.17 | **Texas Speed Dynamics LLC** |
|---|---|
Name
**4405 Thorp Lane**
Number        Street

**Keller**                    **TX**        **76244**
City                          State         ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __**4.16**__
- ☐ Schedule G, line _____
- **Bob Schofield***

| 3.18 | **Texas Speed Dynamics LLC** |
|---|---|
Name
**4405 Thorp Lane**
Number        Street

**Keller**                    **TX**        **76244**
City                          State         ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __**4.17**__
- ☐ Schedule G, line _____
- **Brandon Atkins**

| 3.19 | **Texas Speed Dynamics LLC** |
|---|---|
Name
**4405 Thorp Lane**
Number        Street

**Keller**                    **TX**        **76244**
City                          State         ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __**4.18**__
- ☐ Schedule G, line _____
- **Brent Beck**

Debtor 1    **Robert David Lain**              Case number (if known)   **22-40935-mxm7**

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**            *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.20**

**Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number     Street

**Keller**        **TX**     **76244**
City            State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.19**
☐ Schedule G, line _____
**Caleb Harbson**

**3.21**

**Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number     Street

**Keller**        **TX**     **76244**
City            State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.20**
☐ Schedule G, line _____
**Carollton Taylor***

**3.22**

**Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number     Street

**Keller**        **TX**     **76244**
City            State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.21**
☐ Schedule G, line _____
**Cesar Argoaze***

**3.23**

**Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number     Street

**Keller**        **TX**     **76244**
City            State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.22**
☐ Schedule G, line _____
**Charles Bancroft***

**3.24**

**Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number     Street

**Keller**        **TX**     **76244**
City            State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.23**
☐ Schedule G, line _____
**Chris Howell***

**3.25**

**Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number     Street

**Keller**        **TX**     **76244**
City            State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.24**
☐ Schedule G, line _____
**Chris Rush**

Debtor 1    **Robert David Lain** _____    Case number (if known) **22-40935-mxm7**

▮ **Additional Page to List More Codebtors**

_Column 1:_ **Your codebtor**                    _Column 2:_ **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.26 | **Texas Speed Dynamics LLC** |
|---|---|
Name
**4405 Thorp Lane**
Number     Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.25**
☐ Schedule G, line _____
**CJ Allen***

**Keller**         **TX**     **76244**
City              State    ZIP Code

| 3.27 | **Texas Speed Dynamics LLC** |
|---|---|
Name
**4405 Thorp Lane**
Number     Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.28**
☐ Schedule G, line _____
**Craig Harr***

**Keller**         **TX**     **76244**
City              State    ZIP Code

| 3.28 | **Texas Speed Dynamics LLC** |
|---|---|
Name
**4405 Thorp Lane**
Number     Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.29**
☐ Schedule G, line _____
**Dave Clayton**

**Keller**         **TX**     **76244**
City              State    ZIP Code

| 3.29 | **Texas Speed Dynamics LLC** |
|---|---|
Name
**4405 Thorp Lane**
Number     Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.31**
☐ Schedule G, line _____
**Dimairo Mark**

**Keller**         **TX**     **76244**
City              State    ZIP Code

| 3.30 | **Texas Speed Dynamics LLC** |
|---|---|
Name
**4405 Thorp Lane**
Number     Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.32**
☐ Schedule G, line _____
**Doug Tierney**

**Keller**         **TX**     **76244**
City              State    ZIP Code

| 3.31 | **Texas Speed Dynamics LLC** |
|---|---|
Name
**4405 Thorp Lane**
Number     Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.33**
☐ Schedule G, line _____
**Dylen Grezlik***

**Keller**         **TX**     **76244**
City              State    ZIP Code

Debtor 1    **Robert David Lain**      Case number (if known)   **22-40935-mxm7**

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.32 | **Texas Speed Dynamics LLC** |
|---|---|
Name

**4405 Thorp Lane**
Number     Street

**Keller**      **TX**      **76244**
City      State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.34**
- ☐ Schedule G, line _____
- **Eric Hayden**

| 3.33 | **Texas Speed Dynamics LLC** |
|---|---|
Name

**4405 Thorp Lane**
Number     Street

**Keller**      **TX**      **76244**
City      State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.35**
- ☐ Schedule G, line _____
- **Erney Gomez***

| 3.34 | **Texas Speed Dynamics LLC** |
|---|---|
Name

**4405 Thorp Lane**
Number     Street

**Keller**      **TX**      **76244**
City      State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.36**
- ☐ Schedule G, line _____
- **Fernando Zamudio***

| 3.35 | **Texas Speed Dynamics LLC** |
|---|---|
Name

**4405 Thorp Lane**
Number     Street

**Keller**      **TX**      **76244**
City      State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.37**
- ☐ Schedule G, line _____
- **Greg Moakes**

| 3.36 | **Texas Speed Dynamics LLC** |
|---|---|
Name

**4405 Thorp Lane**
Number     Street

**Keller**      **TX**      **76244**
City      State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.38**
- ☐ Schedule G, line _____
- **H&A Greenly Transport**

| 3.37 | **Texas Speed Dynamics LLC** |
|---|---|
Name

**4405 Thorp Lane**
Number     Street

**Keller**      **TX**      **76244**
City      State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.39**
- ☐ Schedule G, line _____
- **Heston Williams**

Debtor 1     **Robert David Lain**                                    Case number (if known)  **22-40935-mxm7**

███████     **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**                               *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.38 | **Texas Speed Dynamics LLC** | | |
|---|---|---|---|
| | Name | | |
| | **4405 Thorp Lane** | | |
| | Number     Street | | |
| | | | |
| | **Keller** | **TX** | **76244** |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.40**
☐ Schedule G, line _____
**Isi Faiva***

| 3.39 | **Texas Speed Dynamics LLC** | | |
|---|---|---|---|
| | Name | | |
| | **4405 Thorp Lane** | | |
| | Number     Street | | |
| | | | |
| | **Keller** | **TX** | **76244** |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.41**
☐ Schedule G, line _____
**Jared Harrison**

| 3.40 | **Texas Speed Dynamics LLC** | | |
|---|---|---|---|
| | Name | | |
| | **4405 Thorp Lane** | | |
| | Number     Street | | |
| | | | |
| | **Keller** | **TX** | **76244** |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.42**
☐ Schedule G, line _____
**Jared Powell***

| 3.41 | **Texas Speed Dynamics LLC** | | |
|---|---|---|---|
| | Name | | |
| | **4405 Thorp Lane** | | |
| | Number     Street | | |
| | | | |
| | **Keller** | **TX** | **76244** |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.43**
☐ Schedule G, line _____
**Jason Choate***

| 3.42 | **Texas Speed Dynamics LLC** | | |
|---|---|---|---|
| | Name | | |
| | **4405 Thorp Lane** | | |
| | Number     Street | | |
| | | | |
| | **Keller** | **TX** | **76244** |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.44**
☐ Schedule G, line _____
**Jason DuBose***

| 3.43 | **Texas Speed Dynamics LLC** | | |
|---|---|---|---|
| | Name | | |
| | **4405 Thorp Lane** | | |
| | Number     Street | | |
| | | | |
| | **Keller** | **TX** | **76244** |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.45**
☐ Schedule G, line _____
**Jason Langley**

Debtor 1    **Robert David Lain**                                          Case number (if known)   **22-40935-mxm7**

███████    **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**                                          *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.44 | **Texas Speed Dynamics LLC** |
|---|---|

Name
**4405 Thorp Lane**
Number      Street

**Keller**                **TX**        **76244**
City                         State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.46**
☐ Schedule G, line _____
**Javier Perez***

| 3.45 | **Texas Speed Dynamics LLC** |
|---|---|

Name
**4405 Thorp Lane**
Number      Street

**Keller**                **TX**        **76244**
City                         State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.47**
☐ Schedule G, line _____
**Jay Bishop***

| 3.46 | **Texas Speed Dynamics LLC** |
|---|---|

Name
**4405 Thorp Lane**
Number      Street

**Keller**                **TX**        **76244**
City                         State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.48**
☐ Schedule G, line _____
**Jerry Bluitt**

| 3.47 | **Texas Speed Dynamics LLC** |
|---|---|

Name
**4405 Thorp Lane**
Number      Street

**Keller**                **TX**        **76244**
City                         State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.49**
☐ Schedule G, line _____
**Jessie Faz**

| 3.48 | **Texas Speed Dynamics LLC** |
|---|---|

Name
**4405 Thorp Lane**
Number      Street

**Keller**                **TX**        **76244**
City                         State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.50**
☐ Schedule G, line _____
**Joe Portales***

| 3.49 | **Texas Speed Dynamics LLC** |
|---|---|

Name
**4405 Thorp Lane**
Number      Street

**Keller**                **TX**        **76244**
City                         State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.51**
☐ Schedule G, line _____
**Joe Rodarte***

Debtor 1 __Robert David Lain__ Case number (if known) __22-40935-mxm7__

### Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|

Check all schedules that apply:

---

**3.50**

**Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number     Street

**Keller**     **TX**     **76244**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    __4.52__
☐ Schedule G, line _____
**Johnny Davila**

---

**3.51**

**Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number     Street

**Keller**     **TX**     **76244**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    __4.53__
☐ Schedule G, line _____
**Jon Cheesbro***

---

**3.52**

**Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number     Street

**Keller**     **TX**     **76244**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    __4.54__
☐ Schedule G, line _____
**Jorge Ordaz***

---

**3.53**

**Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number     Street

**Keller**     **TX**     **76244**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    __4.55__
☐ Schedule G, line _____
**Joseph Couch**

---

**3.54**

**Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number     Street

**Keller**     **TX**     **76244**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    __4.56__
☐ Schedule G, line _____
**Joseph Neyar***

---

**3.55**

**Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number     Street

**Keller**     **TX**     **76244**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    __4.58__
☐ Schedule G, line _____
**Josh***

---

Debtor 1    **Robert David Lain** _____    Case number (if known)  **22-40935-mxm7**

███████    **Additional Page to List More Codebtors**

_Column 1:_  **Your codebtor**

_Column 2:_  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.56 | **Texas Speed Dynamics LLC** | | |
|---|---|---|---|

Name

**4405 Thorp Lane**
Number        Street

**Keller**                    **TX**        **76244**
City                        State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.59**
- ☐ Schedule G, line _____

**Juan Hernandez***

| 3.57 | **Texas Speed Dynamics LLC** | | |
|---|---|---|---|

Name

**4405 Thorp Lane**
Number        Street

**Keller**                    **TX**        **76244**
City                        State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.60**
- ☐ Schedule G, line _____

**Justin Hall***

| 3.58 | **Texas Speed Dynamics LLC** | | |
|---|---|---|---|

Name

**4405 Thorp Lane**
Number        Street

**Keller**                    **TX**        **76244**
City                        State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.61**
- ☐ Schedule G, line _____

**Justin Hess**

| 3.59 | **Texas Speed Dynamics LLC** | | |
|---|---|---|---|

Name

**4405 Thorp Lane**
Number        Street

**Keller**                    **TX**        **76244**
City                        State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.62**
- ☐ Schedule G, line _____

**Kenny Lewis**

| 3.60 | **Texas Speed Dynamics LLC** | | |
|---|---|---|---|

Name

**4405 Thorp Lane**
Number        Street

**Keller**                    **TX**        **76244**
City                        State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.63**
- ☐ Schedule G, line _____

**Kent Wylie**

| 3.61 | **Texas Speed Dynamics LLC** | | |
|---|---|---|---|

Name

**4405 Thorp Lane**
Number        Street

**Keller**                    **TX**        **76244**
City                        State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.64**
- ☐ Schedule G, line _____

**Kevin Burnham***

Debtor 1  **Robert David Lain**                                        Case number (if known)  **22-40935-mxm7**

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**                          *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.62** **Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.65**
☐ Schedule G, line _____

**Keller**                    **TX**        **76244**          **Klaus Christopher***
City                          State        ZIP Code

**3.63** **Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.66**
☐ Schedule G, line _____

**Keller**                    **TX**        **76244**          **Lawrence Sharp**
City                          State        ZIP Code

**3.64** **Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.67**
☐ Schedule G, line _____

**Keller**                    **TX**        **76244**          **Luis Jessi***
City                          State        ZIP Code

**3.65** **Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.68**
☐ Schedule G, line _____

**Keller**                    **TX**        **76244**          **Mark Noble***
City                          State        ZIP Code

**3.66** **Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.69**
☐ Schedule G, line _____

**Keller**                    **TX**        **76244**          **Mark Perez**
City                          State        ZIP Code

**3.67** **Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.70**
☐ Schedule G, line _____

**Keller**                    **TX**        **76244**          **Mark Rendon***
City                          State        ZIP Code

Debtor 1 __Robert David Lain__ Case number (if known) __22-40935-mxm7__

### Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.68 | **Texas Speed Dynamics LLC** |
|---|---|
| | Name |

**4405 Thorp Lane**
Number     Street

**Keller**          **TX**     **76244**
City          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.71__
☐ Schedule G, line _____
**Mark Zello***

| 3.69 | **Texas Speed Dynamics LLC** |
|---|---|
| | Name |

**4405 Thorp Lane**
Number     Street

**Keller**          **TX**     **76244**
City          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.72__
☐ Schedule G, line _____
**Mason Justice***

| 3.70 | **Texas Speed Dynamics LLC** |
|---|---|
| | Name |

**4405 Thorp Lane**
Number     Street

**Keller**          **TX**     **76244**
City          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.73__
☐ Schedule G, line _____
**Matt Dixon**

| 3.71 | **Texas Speed Dynamics LLC** |
|---|---|
| | Name |

**4405 Thorp Lane**
Number     Street

**Keller**          **TX**     **76244**
City          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.74__
☐ Schedule G, line _____
**Michael Pait**

| 3.72 | **Texas Speed Dynamics LLC** |
|---|---|
| | Name |

**4405 Thorp Lane**
Number     Street

**Keller**          **TX**     **76244**
City          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.75__
☐ Schedule G, line _____
**Mike Musser***

| 3.73 | **Texas Speed Dynamics LLC** |
|---|---|
| | Name |

**4405 Thorp Lane**
Number     Street

**Keller**          **TX**     **76244**
City          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.76__
☐ Schedule G, line _____
**Monica Jaime**

Debtor 1    **Robert David Lain**                                          Case number (if known)  **22-40935-mxm7**

██████    **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**                                   *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.74 | **Texas Speed Dynamics LLC** | | |
|---|---|---|---|
| | Name | | |
| | **4405 Thorp Lane** | | |
| | Number    Street | | |

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.77**
☐ Schedule G, line _____
**National Funding Inc.**

**Keller**                **TX**        **76244**
City                      State        ZIP Code

| 3.75 | **Texas Speed Dynamics LLC** |
|---|---|
| | Name |
| | **4405 Thorp Lane** |
| | Number    Street |

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.78**
☐ Schedule G, line _____
**National Funding, Inc.**

**Keller**                **TX**        **76244**
City                      State        ZIP Code

| 3.76 | **Texas Speed Dynamics LLC** |
|---|---|
| | Name |
| | **4405 Thorp Lane** |
| | Number    Street |

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.79**
☐ Schedule G, line _____
**Orlando Castillon***

**Keller**                **TX**        **76244**
City                      State        ZIP Code

| 3.77 | **Texas Speed Dynamics LLC** |
|---|---|
| | Name |
| | **4405 Thorp Lane** |
| | Number    Street |

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.81**
☐ Schedule G, line _____
**Pepe "Steve" Segovia**

**Keller**                **TX**        **76244**
City                      State        ZIP Code

| 3.78 | **Texas Speed Dynamics LLC** |
|---|---|
| | Name |
| | **4405 Thorp Lane** |
| | Number    Street |

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.82**
☐ Schedule G, line _____
**Randy Williams**

**Keller**                **TX**        **76244**
City                      State        ZIP Code

| 3.79 | **Texas Speed Dynamics LLC** |
|---|---|
| | Name |
| | **4405 Thorp Lane** |
| | Number    Street |

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.83**
☐ Schedule G, line _____
**Raunel Tejeda Exodus***

**Keller**                **TX**        **76244**
City                      State        ZIP Code

Debtor 1    **Robert David Lain**      Case number (if known)   **22-40935-mxm7**

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**      *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.80**

**Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number     Street

**Keller**      **TX**      **76244**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.84**
☐ Schedule G, line _____
**Reliant Funding**

**3.81**

**Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number     Street

**Keller**      **TX**      **76244**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.85**
☐ Schedule G, line _____
**Reliant Funding**

**3.82**

**Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number     Street

**Keller**      **TX**      **76244**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.86**
☐ Schedule G, line _____
**Ricky Peyton***

**3.83**

**Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number     Street

**Keller**      **TX**      **76244**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.87**
☐ Schedule G, line _____
**Robert Beman***

**3.84**

**Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number     Street

**Keller**      **TX**      **76244**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.88**
☐ Schedule G, line _____
**Robert Chenoweth**

**3.85**

**Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number     Street

**Keller**      **TX**      **76244**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.89**
☐ Schedule G, line _____
**Robert Johnson**

Debtor 1    __Robert David Lain_____    Case number (if known) __22-40935-mxm7__

### Additional Page to List More Codebtors

Column 1: **Your codebtor**                    Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.86**  **Texas Speed Dynamics LLC**
Name

**4405 Thorp Lane**
Number    Street

**Keller**        **TX**    **76244**
City            State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.91**
☐ Schedule G, line _____
**Ruben Ramon***

---

**3.87**  **Texas Speed Dynamics LLC**
Name

**4405 Thorp Lane**
Number    Street

**Keller**        **TX**    **76244**
City            State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.92**
☐ Schedule G, line _____
**Russell Blum**

---

**3.88**  **Texas Speed Dynamics LLC**
Name

**4405 Thorp Lane**
Number    Street

**Keller**        **TX**    **76244**
City            State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.93**
☐ Schedule G, line _____
**Ryan Khan**

---

**3.89**  **Texas Speed Dynamics LLC**
Name

**4405 Thorp Lane**
Number    Street

**Keller**        **TX**    **76244**
City            State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.94**
☐ Schedule G, line _____
**Sam Florez***

---

**3.90**  **Texas Speed Dynamics LLC**
Name

**4405 Thorp Lane**
Number    Street

**Keller**        **TX**    **76244**
City            State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.95**
☐ Schedule G, line _____
**Scott Bridgman**

---

**3.91**  **Texas Speed Dynamics LLC**
Name

**4405 Thorp Lane**
Number    Street

**Keller**        **TX**    **76244**
City            State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.96**
☐ Schedule G, line _____
**Scott Klor**

---

Debtor 1 **Robert David Lain** _____ Case number (if known) **22-40935-mxm7**

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**                          *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.92 | **Texas Speed Dynamics LLC** |
|---|---|

Name
**4405 Thorp Lane**
Number     Street

_____

**Keller**          **TX**     **76244**
City          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.97**
☐ Schedule G, line _____
**Secret Properties**

| 3.93 | **Texas Speed Dynamics LLC** |
|---|---|

Name
**4405 Thorp Lane**
Number     Street

_____

**Keller**          **TX**     **76244**
City          State     ZIP Code

☑ Schedule D, line **2.4**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Secret Properties**

| 3.94 | **Texas Speed Dynamics LLC** |
|---|---|

Name
**4405 Thorp Lane**
Number     Street

_____

**Keller**          **TX**     **76244**
City          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.98**
☐ Schedule G, line _____
**Shanna Terry***

| 3.95 | **Texas Speed Dynamics LLC** |
|---|---|

Name
**4405 Thorp Lane**
Number     Street

_____

**Keller**          **TX**     **76244**
City          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.99**
☐ Schedule G, line _____
**Taylor Massey***

| 3.96 | **Texas Speed Dynamics LLC** |
|---|---|

Name
**4405 Thorp Lane**
Number     Street

_____

**Keller**          **TX**     **76244**
City          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.100**
☐ Schedule G, line _____
**Terry Cenerly***

| 3.97 | **Texas Speed Dynamics LLC** |
|---|---|

Name
**4405 Thorp Lane**
Number     Street

_____

**Keller**          **TX**     **76244**
City          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.101**
☐ Schedule G, line _____
**Tony Alvarez**

Debtor 1    **Robert David Lain**            Case number (if known)   **22-40935-mxm7**

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.98**

**Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number     Street

**Keller**          **TX**     **76244**
City           State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.102**
- ☐ Schedule G, line _____

**Tony Alvarez**

---

**3.99**

**Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number     Street

**Keller**          **TX**     **76244**
City           State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.103**
- ☐ Schedule G, line _____

**Vince***

---

**3.100**

**Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number     Street

**Keller**          **TX**     **76244**
City           State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.105**
- ☐ Schedule G, line _____

**Wells Fargo Bank NA**

---

**3.101**

**Texas Speed Dynamics LLC**
Name
**4405 Thorp Lane**
Number     Street

**Keller**          **TX**     **76244**
City           State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.106**
- ☐ Schedule G, line _____

**Wells Fargo MC/VISA**

---

**3.102**

**Lain, Debra Jean**
Name
**4405 Thorp Lane**
Number     Street

**Keller**          **TX**     **76244**
City           State     ZIP Code

- ☑ Schedule D, line   **2.2**
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**Freedom Mortgage Corporation**

---

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert** | **David** | **Lain** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **22-40935-mxm7** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income                                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | **Construction & Mitigation** | **Unemployed** |
| **Employer's name** | **Blackmon Mooring & BMS CAT** | |
| **Employer's address** | **315 North Great Southwest Parkway**<br>Number  Street | Number  Street |
| | | |
| | **Arlington        TX    76011**<br>City        State   Zip Code | City            State   Zip Code |
| **How long employed there?** | **5 years 11 months** | |

## Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$11,738.34** | **$0.00** |
| **3.** | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | **$11,738.34** | **$0.00** |

Debtor 1     **Robert David Lain**                 Case number (if known)    **22-40935-mxm7**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ............................................................. → | 4. | $11,738.34 | $0.00 |
| **5.** List all payroll deductions: | | | |
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $1,966.78 | $0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $234.66 | $0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $373.40 | $0.00 |
| 5e. Insurance | 5e. | $77.08 | $0.00 |
| 5f. Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g. Union dues | 5g. | $0.00 | $0.00 |
| 5h. Other deductions. Specify: __GTL__ | 5h. **+** | $5.00 | $0.00 |
| **6.** Add the payroll deductions.   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $2,656.92 | $0.00 |
| **7.** Calculate total monthly take-home pay.    Subtract line 6 from line 4. | 7. | $9,081.42 | $0.00 |
| **8.** List all other income regularly received: | | | |
| 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | $0.00 | $0.00 |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| 8b. Interest and dividends | 8b. | $0.00 | $0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| 8d. Unemployment compensation | 8d. | $0.00 | $0.00 |
| 8e. Social Security | 8e. | $0.00 | $0.00 |
| 8f. Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $0.00 | $0.00 |
| 8g. Pension or retirement income | 8g. | $0.00 | $0.00 |
| 8h. Other monthly income. Specify: __Net quarterly bonus prorated monthly__ | 8h. **+** | $21,927.00 | $0.00 |
| **9.** Add all other income.   Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $21,927.00 | $0.00 |
| **10.** Calculate monthly income.   Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $31,008.42 + | $0.00 = $31,008.42 |

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11. **+**    $0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.    12.    **$31,008.42**

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☑ No.    **None.**

☐ Yes. Explain:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert** | **David** | **Lain** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **22-40935-mxm7** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☒ Yes. Fill out this information for each dependent....................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | **Wife** | **51** | ☐ No  ☒ Yes |
   | **Daughter** | | ☐ No  ☒ Yes |
   | **Daughter** | | ☐ No  ☒ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☒ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

Your expenses

4. **The rental or home ownership expenses for your residence.** 4. _____ **$2,883.52**
   Include first mortgage payments and any rent for the ground or lot.

   If not included in line 4:

   4a. Real estate taxes 4a. _____

   4b. Property, homeowner's, or renter's insurance 4b. _____

   4c. Home maintenance, repair, and upkeep expenses 4c. _____ **$300.00**

   4d. Homeowner's association or condominium dues 4d. _____ **$25.00**

Debtor 1    **Robert David Lain** _____    Case number (if known)  **22-40935-mxm7**

|  | | **Your expenses** |
|---|---|---|

**5.** **Additional mortgage payments for your residence,** such as home equity loans    5. _____

**6.** **Utilities:**

    6a.  Electricity, heat, natural gas    6a. _____ **$400.00**

    6b.  Water, sewer, garbage collection    6b. _____ **$120.00**

    6c.  Telephone, cell phone, Internet, satellite, and cable services    6c. _____ **$620.00**

    6d.  Other. Specify: _____    6d. _____

**7.** **Food and housekeeping supplies**    7. _____ **$1,200.00**

**8.** **Childcare and children's education costs**    8. _____ **$100.00**

**9.** **Clothing, laundry, and dry cleaning**    9. _____ **$100.00**

**10.** **Personal care products and services**    10. _____ **$150.00**

**11.** **Medical and dental expenses**    11. _____ **$200.00**

**12.** **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.    12. _____ **$300.00**

**13.** **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. _____ **$500.00**

**14.** **Charitable contributions and religious donations**    14. _____

**15.** **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a.  Life insurance    15a. _____ **$10.00**

    15b.  Health insurance    15b. _____

    15c.  Vehicle insurance    15c. _____ **$289.00**

    15d.  Other insurance. Specify: _____    15d. _____

**16.** **Taxes.**  Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____    16. _____

**17.** **Installment or lease payments:**

    17a.  Car payments for Vehicle 1    **2019 Ford F250**    17a. _____ **$871.61**

    17b.  Car payments for Vehicle 2    **2019 Infinity QX80**    17b. _____ **$842.89**

    17c.  Other. Specify: **1954 Chevrolet 3100**    17c. _____ **$241.56**

    17d.  Other. Specify: _____    17d. _____

**18.** **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).**    18. _____

**19.** **Other payments you make to support others who do not live with you.**
Specify: _____    19. _____

Debtor 1   **Robert David Lain**        Case number (if known)   **22-40935-mxm7**

**20.**  **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | |
| 20b. | Real estate taxes | 20b. | |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | |
| 20e. | Homeowner's association or condominium dues | 20e. | |

**21.**  **Other.**  Specify:  **Pet Expenses**        21.  +   **$100.00**

**22.**  **Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$9,253.58** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | |
| 22c. | Add line 22a and 22b. The result is your monthly expenses. | 22c. | **$9,253.58** |

**23.**  **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$31,008.42** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | −  **$9,253.58** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **$21,754.84** |

**24.**  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.  Explain here:
          **None.**

| **Fill in this information to identify your case:** | | |
|---|---|---|
| Debtor 1 | **Robert** **David** **Lain** | |
| | First Name  Middle Name  Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) | First Name  Middle Name  Last Name | |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **22-40935-mxm7** | |

☐ Check if this is an amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

1.   *Schedule A/B: Property* (Official Form 106A/B)

    1a.   Copy line 55, Total real estate, from Schedule A/B......................................................... **$477,000.00**

    1b.   Copy line 62, Total personal property, from Schedule A/B............................................ **$968,144.61**

    1c.   Copy line 63, Total of all property on Schedule A/B....................................................... **$1,445,144.61**

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a.   Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$478,046.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a.   Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F................................... **$0.00**

    3b.   Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ + **$1,419,377.53**

**Your total liabilities** **$1,897,423.53**

### Part 3:   Summarize Your Income and Expenses

4.   *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of Schedule I.............................................................. **$31,008.42**

5.   *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of Schedule J....................................................................... **$9,253.58**

Debtor 1    **Robert David Lain**      Case number (if known)   **22-40935-mxm7**

---

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |
|---|---|

---

**6.**    **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑   Yes

**7.**    **What kind of debt do you have?**

☐   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.**    From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

     _____

**9.**    **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

                                                                **Total claim**

From Part 4 on *Schedule E/F,* copy the following:

9a.   Domestic support obligations. (Copy line 6a.)      _____

9b.   Taxes and certain other debts you owe the government. (Copy line 6b.)      _____

9c.   Claims for death or personal injury while you were intoxicated. (Copy line 6c.)      _____

9d.   Student loans. (Copy line 6f.)      _____

9e.   Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)      _____

9f.   Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)    + _____

9g.   **Total.** Add lines 9a through 9f.      _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert** | **David** | **Lain** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number  **22-40935-mxm7**
(if known)

☐ Check if this is an amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Robert David Lain** _____

Robert David Lain, Debtor 1

Date  **05/16/2022**
MM / DD / YYYY

X _____

Signature of Debtor 2

Date _____
MM / DD / YYYY