**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:   **Robert David Lain**                                               CASE NO   **22-40935-mxm7**

                                                                                                           CHAPTER   **7**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached creditors have been added to the official mailing matrix.

Date  5/16/2022                                                         Signature  /s/ Robert David Lain
                                                                                             *Robert David Lain*

Date  _____                            Signature  _____

A.J. McClought  
370 N. State Hwy 360  
Apt. 4200  
Mansfield, Texas  76063

Abel Carmona  
2501 FM 718  
Rhome, TX 76078

Adrian Sanchez  
102 Brookview Ct.  
Waxahachie, TX. 75165

Alberto Martinez  
202 Latimer St  
Ennis, TX. 75119

Alex Collums *

Alexander Perez *

American Express  
PO Box 981535  
El Paso, TX 79998

Andres Santiago  
219 Adventus Ct  
Mansfield, TX. 76063

Andrew Hernandez  
1321 W Broadus Ave.  
Fort Worth. TX. 76115

Andy Gutierrez*

Arthur Page*

Artiss Williams*

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Bennie Davis

Bernanrdo Avelar
5106 Cabin Lake Dr.
San Antonio, TX. 78244

Bill Leonard*

Bob Schofield*

Brandon Atkins
921 Wilderness Pass
Cedar Hill, TX. 75014

Brent Beck
815 E. 3rd street
Lancaster, TX. 75146

Caleb Harbson
8 Pinedale Ct.
Mansfield, TX. 76063

Carollton Taylor*

Cesar Argoaze*

Charles Bancroft*

Chris Howell*

Chris Rush
PO Box 2590
Peter Park, TX. 78613

CJ Allen*

Clayton Everett
Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010

Cody Gerth
5225 Calloway Dt
Unit B
Fort Worth, TX 76114


Comenity/Alphaeoncos
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218


Craig Harr*




Dave Clayton
2204 Del Ray Ct.
Arlington, TX 76013



Debra Jean Lain
4405 Thorp Lane
Keller, TX 76244



Debra Lain
4405 Thorp Lane
Keller, TX 76244



Devonta Gardner




Dimairo Mark
414 Elmo St.
Cleburne, TX. 76031



Doug Tierney
131 Saddlebrook Ct.
Rome, TX. 76078

Dylen Grezlik*

Eric Hayden
9153 Watercress Dr
Fort Worth, TX 76135

Erney Gomez*

Fernando Zamudio*

Fort Worth Community Credit Union
Attn: Bankruptcy
PO Box 210848
Bedford, TX 76095

Freedom Mortgage Corporation
Attn: Bankruptcy
907 Pleasant Valley Ave, Ste 3
Mt Laurel, NJ 08054

Greenwood Credit Union
Attn: Bankruptcy
2669 Post Rd
Warwick, RI 02886

Greg Moakes
3985 Davila Dr
Dallas, TX 7220

H&A Greenly Transport
aka Harlan Greenlee
8116 Jolie Dr.
Fort Worth, TX 76137

```
Heston Williams
8424 Deerwood Forest Dr.
Fort Worth, TX. 76126


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
1100 Commerce Street, MC 5026 DAL
Dallas, TX 75242


Isi Faiva*



Jared Harrison
522 Glacial Stream Lan
Cedar Park, TX  78613


Jared Powell*



Jason Choate*



Jason DuBose*



Jason Langley
165 Roscoe Ln.
Midlothian, TX 76065
```

Javier Perez*

Jay Bishop*

Jerry Bluitt
240 FM 3039
Combine, TX. 75159

Jessie Faz
2338 Rexlawn Dr.
Dallas, TX. 75227

Joe Portales*

Joe Rodarte*

Johnny Davila
5713 Meandeing Rd.
River Oaks, TX 76114

Jon Cheesbro*

Jorge Ordaz*

Joseph Couch
1034 Balsam Dr.
Arlington, TX. 76006

Joseph Neyar*

Josh Watt

Josh*

Juan Hernandez*

Justin Hall*

Justin Hess
5420 Medlin Ct.
Flower Mound, TX. 75028

Kenny Lewis
4204 Summit Ridge Dr.
Dallas, TX. 75216

Kent Wylie
1732 Steam Boat dr
Plano Tx. 75025

Kevin Burnham*

Klaus Christopher*

Lawrence Sharp
125 Hidalgo Ln.
Arlington, TX. 76014

Luis Jessi*

Mark Noble*

Mark Perez
Suite 131-197
4621 S. Cooper
Arlington, TX. 76017

Mark Rendon*

Mark Zello*

Mason Justice*

Matt Dixon
4913 Batton Rouge Bvd.
Frisco, TX. 75035


Michael Pait
474 Charleston Park
Conroe, TX 77302


Mike Musser*


Monica Jaime
244 Cotton Dr.
Mansfield, Tx. 76063


National Funding Inc.
9530 Towne Centre Drive, Suite 120
San Diego, CA 92121


National Funding, Inc.
9530 Towne Centre Drive, Ste 120
San Diego, CA 92121


Orlando Castillon*


Pacer Duddington
15927 Viney Creek Dr.
Houston, TX 77095


Pepe "Steve" Segovia
113 Red Wolf Ln
Red Oak, TX 75154

Randy Williams
400 Preston Blvd. Apt.18
Bossier City, Louisiana. 71111


Raunel Tejeda Exodus*


Reliant Funding
9540 Towne Centre Drive, Suite 200
San Diego, CA 92142


Reliant Funding
9540 Town Centre Drive, Suite 200
San Diego, CA 92142


Ricky Peyton*


Robert Beman*


Robert Chenoweth
16280 E. Secretariat Dr.
Loxahatchee, Florida. 33470


Robert Johnson
6000 King William Dr.
Arlington, TX. 76018


Robert Skelton
8208 Tamarron Dr.
Waxahachie, TX 75167

Ruben Ramon*

Russell Blum
3615 Hollow Cfreek Rd
Arlington, TX 76001

Ryan Khan
2003 W. Pioneer Parkway #B
Arlington, TX. 76013

Sam Florez*

Scott Bridgman
717 S. Greenville Ave Suite 100
Allen, TX 75002

Scott Klor
501 Chelsea Dr.
Midlothian, TX. 76065

Secret Properties
PO Box 213
Kennedale, TX 76060

Shanna Terry*

Taylor Massey*

Terry Cenerly*

Texas Speed Dynamics LLC
4405 Thorp Lane
Keller, TX 76244

Texas Trust Credit Union
Attn: Bankruptcy
PO Box 2260
Mansfield, TX 76063

Tony Alvarez
6412 Redstone Drive
Arlington, TX 76001

U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, TX 75201

United States Attorney - Fort Worth
Burnett Plaza Suite 1700
801 Cherry Street Unit #4
Fort Worth, TX 76102-6882

United States Attorney Chad Meacham
1100 Commerce St Ste 300
Dallas, TX 75242

Vince*

Wells Fargo Bank NA
1 Home Campus MAC X2303-01A
3rd Floor
Des Moines, IA 50328

```
Wells Fargo Bank NA
Attn: Wells Fargo Bankruptcy
435 Ford Road, Suite 300
Saint Lewis Park, MN 55426


Wells Fargo MC/VISA
PO Box 29482
Phoenix, AZ 85038



William T. Neary
US Trustee's Office
1100 Commerce Bldg. 9C60
Dallas, TX 75242
```

Case 22-40935-mxm7 Doc 16 Filed 05/16/22 Entered 05/16/22 10:52:33 Page 16 of 19
Debtor(s): **Robert David Lain** Case No: **22-40935-mxm7** **NORTHERN DISTRICT OF TEXAS**
Chapter: **7** **FORT WORTH DIVISION**

| | | |
|---|---|---|
| A.J. McClought<br>370 N. State Hwy 360<br>Apt. 4200<br>Mansfield, Texas 76063 | Arthur Page* | Carollton Taylor* |
| Abel Carmona<br>2501 FM 718<br>Rhome, TX 76078 | Artiss Williams* | Cesar Argoaze* |
| Adrian Sanchez<br>102 Brookview Ct.<br>Waxahachie, TX. 75165 | Attorney General of the United<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 | Charles Bancroft* |
| Alberto Martinez<br>202 Latimer St<br>Ennis, TX. 75119 | Bennie Davis | Chris Howell* |
| Alex Collums * | Bernanrdo Avelar<br>5106 Cabin Lake Dr.<br>San Antonio, TX. 78244 | Chris Rush<br>PO Box 2590<br>Peter Park, TX. 78613 |
| Alexander Perez * | Bill Leonard* | CJ Allen* |
| American Express<br>PO Box 981535<br>El Paso, TX 79998 | Bob Schofield* | Clayton Everett<br>Norred Law, PLLC<br>515 E. Border Street<br>Arlington, TX 76010 |
| Andres Santiago<br>219 Adventus Ct<br>Mansfield, TX. 76063 | Brandon Atkins<br>921 Wilderness Pass<br>Cedar Hill, TX. 75014 | Cody Gerth<br>5225 Calloway Dt<br>Unit B<br>Fort Worth, TX 76114 |
| Andrew Hernandez<br>1321 W Broadus Ave.<br>Fort Worth. TX. 76115 | Brent Beck<br>815 E. 3rd street<br>Lancaster, TX. 75146 | Comenity/Alphaeoncos<br>Attn: Bankruptcy<br>PO Box 182125<br>Columbus, OH 43218 |
| Andy Gutierrez* | Caleb Harbson<br>8 Pinedale Ct.<br>Mansfield, TX. 76063 | Craig Harr* |

Case 22-40935-mxm7 Doc 16 Filed 05/16/22 Entered 05/16/22 10:52:33 Page 17 of 19
Debtor(s): Robert David Lain  Case No: 22-40935-mxm7  NORTHERN DISTRICT OF TEXAS
Chapter: 7  FORT WORTH DIVISION

| | | |
|---|---|---|
| Dave Clayton<br>2204 Del Ray Ct.<br>Arlington, TX 76013 | Fort Worth Community Credit Uni<br>Attn: Bankruptcy<br>PO Box 210848<br>Bedford, TX 76095 | Jared Powell* |
| Debra Jean Lain<br>4405 Thorp Lane<br>Keller, TX 76244 | Freedom Mortgage Corporation<br>Attn: Bankruptcy<br>907 Pleasant Valley Ave, Ste 3<br>Mt Laurel, NJ 08054 | Jason Choate* |
| Debra Lain<br>4405 Thorp Lane<br>Keller, TX 76244 | Greenwood Credit Union<br>Attn: Bankruptcy<br>2669 Post Rd<br>Warwick, RI 02886 | Jason DuBose* |
| Devonta Gardner | Greg Moakes<br>3985 Davila Dr<br>Dallas, TX 7220 | Jason Langley<br>165 Roscoe Ln.<br>Midlothian, TX 76065 |
| Dimairo Mark<br>414 Elmo St.<br>Cleburne, TX. 76031 | H&A Greenly Transport<br>aka Harlan Greenlee<br>8116 Jolie Dr.<br>Fort Worth, TX 76137 | Javier Perez* |
| Doug Tierney<br>131 Saddlebrook Ct.<br>Rome, TX. 76078 | Heston Williams<br>8424 Deerwood Forest Dr.<br>Fort Worth, TX. 76126 | Jay Bishop* |
| Dylen Grezlik* | Internal Revenue Service<br>Centralized Insolvency Operatio<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jerry Bluitt<br>240 FM 3039<br>Combine, TX. 75159 |
| Eric Hayden<br>9153 Watercress Dr<br>Fort Worth, TX 76135 | Internal Revenue Service<br>1100 Commerce Street, MC 5026 D<br>Dallas, TX 75242 | Jessie Faz<br>2338 Rexlawn Dr.<br>Dallas, TX. 75227 |
| Erney Gomez* | Isi Faiva* | Joe Portales* |
| Fernando Zamudio* | Jared Harrison<br>522 Glacial Stream Lan<br>Cedar Park, TX 78613 | Joe Rodarte* |

Case 22-40935-mxm7 Doc 16 Filed 05/16/22 Entered 05/16/22 10:52:33 Page 18 of 19

Debtor(s): **Robert David Lain**  Case No: **22-40935-mxm7**  **NORTHERN DISTRICT OF TEXAS**
Chapter: **7**  **FORT WORTH DIVISION**

| | | |
|---|---|---|
| Johnny Davila<br>5713 Meandeing Rd.<br>River Oaks, TX 76114 | Kenny Lewis<br>4204 Summit Ridge Dr.<br>Dallas, TX. 75216 | Mason Justice* |
| Jon Cheesbro* | Kent Wylie<br>1732 Steam Boat dr<br>Plano Tx. 75025 | Matt Dixon<br>4913 Batton Rouge Bvd.<br>Frisco, TX. 75035 |
| Jorge Ordaz* | Kevin Burnham* | Michael Pait<br>474 Charleston Park<br>Conroe, TX 77302 |
| Joseph Couch<br>1034 Balsam Dr.<br>Arlington, TX. 76006 | Klaus Christopher* | Mike Musser* |
| Joseph Neyar* | Lawrence Sharp<br>125 Hidalgo Ln.<br>Arlington, TX. 76014 | Monica Jaime<br>244 Cotton Dr.<br>Mansfield, Tx. 76063 |
| Josh Watt | Luis Jessi* | National Funding Inc.<br>9530 Towne Centre Drive, Suite<br>San Diego, CA 92121 |
| Josh* | Mark Noble* | National Funding, Inc.<br>9530 Towne Centre Drive, Ste 12<br>San Diego, CA 92121 |
| Juan Hernandez* | Mark Perez<br>Suite 131-197<br>4621 S. Cooper<br>Arlington, TX. 76017 | Orlando Castillon* |
| Justin Hall* | Mark Rendon* | Pacer Duddington<br>15927 Viney Creek Dr.<br>Houston, TX 77095 |
| Justin Hess<br>5420 Medlin Ct.<br>Flower Mound, TX. 75028 | Mark Zello* | Pepe "Steve" Segovia<br>113 Red Wolf Ln<br>Red Oak, TX 75154 |

Case 22-40935-mxm7 Doc 16 Filed 05/16/22 Entered 05/16/22 10:52:33 Page 19 of 19
Debtor(s): **Robert David Lain**  Case No: **22-40935-mxm7**  NORTHERN DISTRICT OF TEXAS
Chapter: **7**  FORT WORTH DIVISION

| | | |
|---|---|---|
| Randy Williams<br>400 Preston Blvd. Apt.18<br>Bossier City, Louisiana. 71111 | Russell Blum<br>3615 Hollow Cfreek Rd<br>Arlington, TX 76001 | Texas Trust Credit Union<br>Attn: Bankruptcy<br>PO Box 2260<br>Mansfield, TX 76063 |
| Raunel Tejeda Exodus* | Ryan Khan<br>2003 W. Pioneer Parkway #B<br>Arlington, TX. 76013 | Tony Alvarez<br>6412 Redstone Drive<br>Arlington, TX 76001 |
| Reliant Funding<br>9540 Towne Centre Drive, Suite<br>San Diego, CA 92142 | Sam Florez* | U.S. Department of Justice<br>717 N. Harwood, Suite 400<br>Dallas, TX 75201 |
| Reliant Funding<br>9540 Town Centre Drive, Suite 2<br>San Diego, CA 92142 | Scott Bridgman<br>717 S. Greenville Ave Suite 100<br>Allen, TX 75002 | United States Attorney - Fort W<br>Burnett Plaza Suite 1700<br>801 Cherry Street Unit #4<br>Fort Worth, TX 76102-6882 |
| Ricky Peyton* | Scott Klor<br>501 Chelsea Dr.<br>Midlothian, TX. 76065 | United States Attorney Chad Mea<br>1100 Commerce St Ste 300<br>Dallas, TX 75242 |
| Robert Beman* | Secret Properties<br>PO Box 213<br>Kennedale, TX 76060 | Vince* |
| Robert Chenoweth<br>16280 E. Secretariat Dr.<br>Loxahatchee, Florida. 33470 | Shanna Terry* | Wells Fargo Bank NA<br>1 Home Campus MAC X2303-01A<br>3rd Floor<br>Des Moines, IA 50328 |
| Robert Johnson<br>6000 King William Dr.<br>Arlington, TX. 76018 | Taylor Massey* | Wells Fargo Bank NA<br>Attn: Wells Fargo Bankruptcy<br>435 Ford Road, Suite 300<br>Saint Lewis Park, MN 55426 |
| Robert Skelton<br>8208 Tamarron Dr.<br>Waxahachie, TX 75167 | Terry Cenerly* | Wells Fargo MC/VISA<br>PO Box 29482<br>Phoenix, AZ 85038 |
| Ruben Ramon* | Texas Speed Dynamics LLC<br>4405 Thorp Lane<br>Keller, TX 76244 | William T. Neary<br>US Trustee's Office<br>1100 Commerce Bldg. 9C60<br>Dallas, TX 75242 |